# EXHIBIT C

# California Auto Outlook ™

**Comprehensive Information on the California Vehicle Market**

Volume 20, Number 1
Released January 2024                              Covering Fourth Quarter 2023

Publication Sponsored By:

CNCDA
California New Car Dealers Association

## New Vehicle Market Predicted to Increase in 2024

**ANNUAL TRENDS**



California Annual New Light Vehicle Registrations - 2009 thru 2024

New vehicle regs. (millions)

| Year | Value |
|------|-------|
| '09 | 0.96 |
| '10 | 1.08 |
| '11 | 1.19 |
| '12 | 1.49 |
| '13 | 1.66 |
| '14 | 1.78 |
| '15 | 1.99 |
| '16 | 2.03 |
| '17 | 2.03 |
| '18 | 1.99 |
| '19 | 1.89 |
| '20 | 1.60 |
| '21 | 1.77 |
| '22 | 1.59 |
| '23 | 1.78 |
| '24* | 1.83 |

Historical Data sourced from Experian Automotive. *2024 forecast by Auto Outlook.
Historical figures have been updated since the previous release.

New vehicle registrations in California are predicted to approach 1.83 million units this year and increase 3.2 percent from 2023.

Pent-up demand is still significant, California labor market is strong, and consensus is for economic growth to remain positive. Vehicle affordability is still an issue, but should improve as the year progresses. As always there are some risks (geopolitical tensions and uncertainties surrounding the presidential election, for example), but if interest rates ease, the market could post a larger increase than expected this year.

### TWO YEAR PERSPECTIVE



California and U.S New Light Vehicle Registrations 2022 and 2023

|  | California | | | U.S. | | |
|---|---|---|---|---|---|---|
|  | 2022 | 2023 | Change | 2022 | 2023 | Change |
| **Registrations** | | | | | | |
| TOTAL | 1,586,413 | 1,775,915 | 11.9% | 13,366,498 | 15,049,478 | 12.6% |
| Car | 503,542 | 542,471 | 7.7% | 2,793,044 | 3,079,645 | 10.3% |
| Light Truck | 1,082,871 | 1,233,444 | 13.9% | 10,573,454 | 11,969,833 | 13.2% |
| Domestic | 568,568 | 644,197 | 13.3% | 5,846,843 | 6,500,785 | 11.2% |
| European | 239,912 | 263,545 | 9.9% | 1,405,995 | 1,528,457 | 8.7% |
| Japanese | 628,976 | 701,395 | 11.5% | 4,698,986 | 5,404,804 | 15.0% |
| Korean | 148,957 | 166,778 | 12.0% | 1,414,674 | 1,615,432 | 14.2% |
| **Market Share** | | | | | | |
| Car | 31.7 | 30.5 | -1.2 | 20.9 | 20.5 | -0.4 |
| Light Truck | 68.3 | 69.5 | 1.2 | 79.1 | 79.5 | 0.4 |
| Domestic | 35.8 | 36.3 | 0.5 | 43.7 | 43.2 | -0.5 |
| European | 15.1 | 14.8 | -0.3 | 10.5 | 10.2 | -0.3 |
| Japanese | 39.7 | 39.5 | -0.2 | 35.2 | 35.9 | 0.7 |
| Korean | 9.4 | 9.4 | 0.0 | 10.6 | 10.7 | 0.1 |

Data sourced from Experian Automotive.

New light vehicle registrations in California increased 11.9 percent from 2022 to 2023, just below the 12.6 percent improvement in the Nation.

Light truck market share in the state reached 69.5 percent. However, the surge in light truck market share during the past several years can send a misleading signal regarding the apparent shift to bigger vehicles. The proliferation of small crossover SUVs, which are typically classified as light trucks, are in many ways more similar to traditional passenger cars (see page 7).

### QUARTERLY RESULTS

California Quarterly New Light Vehicle Registrations
Percent Change vs. Year Earlier

% change vs. year earlier

| Period | Change |
|--------|--------|
| 3Q '22 vs. 3Q '21 | -14.1% |
| 4Q '22 vs. 4Q '21 | 11.4% |
| 1Q '23 vs. 1Q '22 | 6.1% |
| 2Q '23 vs. 2Q '22 | 16.0% |
| 3Q '23 vs. 3Q '22 | 20.3% |
| 4Q '23 vs. 4Q '22 | 6.0% |

Data sourced from Experian Automotive.



New vehicle registrations in the state increased for the fifth consecutive quarter in 4Q '23. The total exceeded 426,000 units, 24,000 units higher than in 4Q '22.

The pace of improvement is expected to ease in 2024, with percentage increases expected to remain in the single digits.

California Auto Outlook

# Vehicle Powertrain Dashboard



## Hybrid and Electric Vehicle Market Share

### Annual



BEV market share increased to **21.4 percent** last year.

### Quarterly



BEV market share declined in 4Q '23.

| Annual Registrations and Market Share | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| Electric registrations | 99049 | 92393 | 161863 | 260687 | 380891 |
| Electric share | 5.2% | 5.8% | 9.1% | 16.4% | 21.4% |
| Hybrid regs. (excl. plug ins) | 92279 | 97945 | 160225 | 144794 | 197368 |
| Hybrid share (excl. plug ins) | 4.9% | 6.1% | 9.0% | 9.1% | 11.1% |
| Plug in hybrid regs. | 48360 | 29151 | 54414 | 42578 | 59725 |
| Plug in hybrid share | 2.6% | 1.8% | 3.1% | 2.7% | 3.4% |

| Quarterly Registrations and Market Share | 4Q '22 | 1Q '23 | 2Q '23 | 3Q '23 | 4Q '23 |
|---|---|---|---|---|---|
| Electric registrations | 76501 | 87816 | 102991 | 100151 | 89933 |
| Electric share | 19.0% | 20.5% | 21.8% | 22.3% | 21.1% |
| Hybrid regs. (excl. plug ins) | 34841 | 36814 | 51163 | 52700 | 56691 |
| Hybrid share (excl. plug ins) | 8.7% | 8.6% | 10.8% | 11.7% | 13.3% |
| Plug in hybrid regs. | 11107 | 14359 | 15136 | 15068 | 15162 |
| Plug in hybrid share | 2.8% | 3.3% | 3.2% | 3.4% | 3.6% |

Data sourced from Experian Automotive. Hybrid vehicle registrations and market share excludes mild hybrids.

## Market Share for all Powertrain Types - 2023



Plug In Hybrid (PHEV), 3.4%
Diesel, 2.3%
Fuel Cell, 0.2%
Hybrid, 11.1%
Electric (BEV), 21.4%
Gasoline, 61.6%

❑ Gasoline powered vehicles accounted for 61.6 percent of state new vehicle registrations in 2023.

❑ ICE market share (including gasoline and diesel vehicles) was 63.9 percent last year, down from 71.6 percent in 2022 and 88.4 percent in 2018.

❑ Combined share for BEVs, PHEVs, hybrids, and fuel cell vehicles was 35.9 percent in 2023, up from just 11.6 percent in 2018.

Data sourced from Experian Automotive. Hybrid vehicle registrations and market share excludes mild hybrids.

## California and U.S. Markets

# 21.4%



California BEV market share 2023:

# 7.5%



U.S. BEV market share 2023:

# 33.8%



California share of U.S. BEV registrations 2023:

Data sourced from Experian Automotive.

# Vehicle Powertrain Dashboard 

## Make and Model Registrations for BEVs and PHEVs in California

| California New Battery Electric Vehicle Registrations by Make 2022 and 2023 | | | | | | |
|---|---|---|---|---|---|---|
| | Registrations | | | Market Share (%) | | |
| | 2022 | 2023 | % Change | 2022 | 2023 | Change |
| TOTAL | 260,687 | 380,891 | 46.1 | | | |
| Audi | 5,120 | 8,270 | 61.5 | 2.0 | 2.2 | 0.2 |
| BMW | 4,241 | 14,585 | 243.9 | 1.6 | 3.8 | 2.2 |
| Cadillac | 25 | 1,339 | 5256.0 | 0.0 | 0.4 | 0.4 |
| Chevrolet | 10,593 | 19,149 | 80.8 | 4.1 | 5.0 | 0.9 |
| Ford | 12,152 | 16,259 | 33.8 | 4.7 | 4.3 | -0.4 |
| Genesis | 879 | 1,552 | 76.6 | 0.3 | 0.4 | 0.1 |
| GMC | 125 | 230 | 84.0 | 0.0 | 0.1 | 0.1 |
| Hyundai | 9,608 | 16,858 | 75.5 | 3.7 | 4.4 | 0.7 |
| Jaguar | 74 | 174 | 135.1 | 0.0 | 0.0 | 0.0 |
| Kia | 7,056 | 8,042 | 14.0 | 2.7 | 2.1 | -0.6 |
| Lexus | 0 | 1,870 | | 0.0 | 0.5 | 0.5 |
| Mazda | 358 | 102 | -71.5 | 0.1 | 0.0 | -0.1 |
| Mercedes | 3,679 | 15,878 | 331.6 | 1.4 | 4.2 | 2.8 |
| MINI | 1,130 | 871 | -22.9 | 0.4 | 0.2 | -0.2 |
| Nissan | 3,454 | 4,651 | 34.7 | 1.3 | 1.2 | -0.1 |
| Other | 1,106 | 3,624 | 227.7 | 0.4 | 1.0 | 0.6 |
| Polestar | 2,956 | 3,124 | 5.7 | 1.1 | 0.8 | -0.3 |
| Porsche | 2,154 | 2,375 | 10.3 | 0.8 | 0.6 | -0.2 |
| Rivian | 4,242 | 10,297 | 142.7 | 1.6 | 2.7 | 1.1 |
| Subaru | 2 | 2,019 | | 0.0 | 0.5 | 0.5 |
| Tesla | 185,090 | 230,588 | 24.6 | 71.0 | 60.5 | -10.5 |
| Toyota | 348 | 3,753 | 978.4 | 0.1 | 1.0 | 0.9 |
| Volkswagen | 4,791 | 12,280 | 156.3 | 1.8 | 3.2 | 1.4 |
| Volvo | 1,504 | 3,001 | 99.5 | 0.6 | 0.8 | 0.2 |

**BEVs are full battery electric vehicles. PHEVs are plug in hybrids.**

Data sourced from Experian Automotive.



### Top Ten Selling PHEV Makes - 2023 Registrations and market share

- Jeep — 17,377 (29.1%)
- Toyota — 10,889 (18.2%)
- BMW — 7,279 (12.2%)
- Chrysler — 4,319 (7.2%)
- Volvo — 4,206 (7.0%)
- Kia — 3,845 (6.4%)
- Lexus — 2,869 (4.8%)
- Mazda — 1,687 (2.8%)
- Hyundai — 1,674 (2.8%)
- Audi — 1,123 (1.9%)
- Others — 4,457 (7.5%)

### Top 15 Selling BEV and PHEV Models - 2023

| Rank | Model | Type | Regs. |
|---|---|---|---|
| 1 | Tesla Model Y | BEV | 132,636 |
| 2 | Tesla Model 3 | BEV | 82,786 |
| 3 | Chevrolet Bolt | BEV | 19,041 |
| 4 | Jeep Wrangler | PHEV | 13,351 |
| 5 | Volkswagen ID.4 | BEV | 12,280 |
| 6 | Ford Mustang Mach-E | BEV | 11,311 |
| 7 | Tesla Model X | BEV | 10,448 |
| 8 | Hyundai Ioniq 5 | BEV | 9,632 |
| 9 | BMW i4 | BEV | 8,695 |
| 10 | Toyota RAV4 | PHEV | 7,181 |
| 11 | Rivian R1S | BEV | 6,665 |
| 12 | Tesla Model S | BEV | 4,718 |
| 13 | BMW iX | BEV | 4,603 |
| 14 | Chrysler Pacifica | PHEV | 4,319 |
| 15 | Kia EV6 | BEV | 4,148 |

## Alternative Powertrain Sales by Type of Selling Dealership - 2022 and 2023



❏ The graph on the left shows new vehicle registrations for Hybrids, BEVs, and PHEVs broken down by type of selling dealership. Franchised dealerships accounted for more than **62 percent** of combined sales for all three alternative powertrain types.

❏ Franchised dealership share of the BEV only market increased to **35.8 percent** last year.

❏ Sales of BEVs at franchised dealerships increased **94 percent** from 2022 to 2023, compared to the **29 percent** increase for direct sellers.

Data sourced from Experian Automotive.

MODEL RANKINGS

# Tesla Model Y Retains Top Spot in California New Vehicle Market

The table below shows the top five selling models in 2023 in 18 segments. In addition to unit registrations, it also shows each model's market share in its respective segment.



### BEST SELLERS IN PRIMARY SEGMENTS

Small Cars: Honda Civic

Mid-Size and Large Cars: Toyota Camry

Near Luxury Cars: Tesla Model 3

Comp./Mid Size Pickup: Toyota Tacoma

Full Size Pickup: Ford F-Series

Compact SUV: Toyota RAV4

2 Row Mid-Size SUV: Subaru Outback

Luxury Mid-Size SUV: Lexus RX

| Top Selling Models in Each Segment - New Retail Light Vehicle Registrations (2023) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| **Small Cars** | | | **Mid Size and Large Cars** | | | **Sports/Pony Cars** | | | **Near Luxury Cars** | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Model | Regs. | Share | Model | Regs. | Share | Model | Regs. | Share | Model | Regs. | Share |
| Honda Civic | 42564 | 22.7 | Toyota Camry | 51330 | 38.0 | Ford Mustang | 6149 | 33.2 | Tesla Model 3 | 82786 | 52.8 |
| Toyota Corolla | 38198 | 20.4 | Honda Accord | 40878 | 30.2 | Dodge Challenger | 3559 | 19.2 | BMW i4 | 8695 | 5.5 |
| Kia Forte | 21555 | 11.5 | Nissan Altima | 9726 | 7.2 | Chevrolet Camaro | 2967 | 16.0 | Lexus ES | 8459 | 5.4 |
| Chevrolet Bolt | 19041 | 10.2 | Chevrolet Malibu | 7864 | 5.8 | Toyota 86 | 2387 | 12.9 | Mercedes C-Class | 7749 | 4.9 |
| Hyundai Elantra | 14125 | 7.5 | Dodge Charger | 6086 | 4.5 | Mazda MX5 | 1689 | 9.1 | BMW 3-Series | 7175 | 4.6 |

| **Luxury and High End Sports Cars** | | | **Compact/Mid Size Pickup** | | | **Full Size Pickup** | | | **Mini Van** | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Model | Regs. | Share | Model | Regs. | Share | Model | Regs. | Share | Model | Regs. | Share |
| Tesla Model S | 4718 | 10.6 | Toyota Tacoma | 35513 | 48.4 | Ford F-Series | 40507 | 28.9 | Toyota Sienna | 9123 | 36.3 |
| BMW 5-Series | 4614 | 10.4 | Ford Maverick | 10721 | 14.6 | Chevrolet Silverado | 36821 | 26.3 | Honda Odyssey | 7322 | 29.2 |
| Mercedes S-Class | 3442 | 7.7 | Chevrolet Colorado | 5869 | 8.0 | Ram Pickup | 22501 | 16.1 | Chrysler Pacifica | 5565 | 22.2 |
| Mercedes EQS Sedan | 3095 | 7.0 | Nissan Frontier | 5537 | 7.5 | GMC Sierra | 20234 | 14.4 | Kia Carnival | 2684 | 10.7 |
| Chevrolet Corvette | 2939 | 6.6 | Honda Ridgeline | 3938 | 5.4 | Toyota Tundra | 11978 | 8.5 | Chrysler Voyager | 412 | 1.6 |

| **Large Van** | | | **Subcompact SUV** | | | **Compact SUV** | | | **2 Row Mid Size SUV** | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Model | Regs. | Share | Model | Regs. | Share | Model | Regs. | Share | Model | Regs. | Share |
| Ford Transit Connect | 10076 | 36.1 | Honda HR-V | 20356 | 17.4 | Toyota RAV4 | 58496 | 21.7 | Subaru Outback | 15259 | 20.4 |
| Mercedes Sprinter | 7034 | 25.2 | Subaru Crosstrek | 17805 | 15.2 | Honda CR-V | 42044 | 15.6 | Ford Mustang Mach-E | 11311 | 15.1 |
| Ram Promaster | 5905 | 21.1 | Kia Niro | 10211 | 8.7 | Jeep Wrangler | 19090 | 7.1 | Toyota 4Runner | 10740 | 14.3 |
| Chevrolet Express | 1554 | 5.6 | Toyota Corolla Cross | 9524 | 8.1 | Nissan Rogue | 16741 | 6.2 | Hyundai Santa Fe | 8215 | 11.0 |
| Ford E-Series | 1303 | 4.7 | Hyundai Kona | 8512 | 7.3 | Hyundai Tucson | 15092 | 5.6 | Jeep Grand Cherokee | 8163 | 10.9 |

| **3 Row Mid Size SUV** | | | **Large SUV** | | | **Luxury Subcompact SUV** | | | **Luxury Compact SUV** | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Model | Regs. | Share | Model | Regs. | Share | Model | Regs. | Share | Model | Regs. | Share |
| Toyota Highlander | 19148 | 17.3 | Ford Bronco | 10198 | 29.1 | Mercedes EQB | 4023 | 16.9 | Tesla Model Y | 132636 | 64.8 |
| Ford Explorer | 13893 | 12.5 | Chevrolet Tahoe | 7093 | 20.3 | Audi Q3 | 3490 | 14.7 | Lexus NX | 15309 | 7.5 |
| Honda Pilot | 12361 | 11.2 | Chevrolet Suburban | 3753 | 10.7 | Lexus UX | 3224 | 13.6 | Audi Q5 | 11580 | 5.7 |
| Kia Telluride | 8999 | 8.1 | Ford Expedition | 3679 | 10.5 | Volvo XC40 | 3090 | 13.0 | BMW X3 | 8127 | 4.0 |
| Kia Sorento | 8671 | 7.8 | GMC Yukon | 3054 | 8.7 | Audi Q4 E-Tron | 2933 | 12.3 | Porsche Macan | 6215 | 3.0 |

| **Luxury Mid Size SUV** | | | **Luxury Large SUV** | | | **Top Selling Passenger Cars** | | | **Top Selling Light Trucks** | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Model | Regs. | Share | Model | Regs. | Share | Model | Regs. | Share | Model | Regs. | Share |
| Lexus RX | 17149 | 17.3 | Rivian R1S | 6665 | 21.0 | Tesla Model 3 | 82786 | 15.3 | Tesla Model Y | 132636 | 10.8 |
| Tesla Model X | 10449 | 10.5 | Cadillac Escalade | 4309 | 13.6 | Toyota Camry | 51330 | 9.5 | Toyota RAV4 | 58496 | 4.7 |
| BMW X5 | 3617 | 11.4 | BMW X7 | 3617 | 11.4 | Honda Civic | 42564 | 7.8 | Honda CR-V | 42044 | 3.4 |
| Mercedes GLE-Class | 9349 | 9.4 | Mercedes EQS SUV | 3547 | 11.2 | Honda Accord | 40878 | 7.5 | Ford F-Series | 40507 | 3.3 |
| Acura MDX | 5554 | 5.6 | Land Rover Range Rover | 3285 | 10.4 | Toyota Corolla | 38198 | 7.0 | Chevrolet Silverado | 36821 | 3.0 |

Data sourced from Experian Automotive. Figures for Prius include Prius Prime.

**BRAND SUMMARY**

## Registrations Increased for 26 of the Top 30 Selling Brands in 2023; Toyota was Best-Seller



**Percent Change in Brand Registrations
2023 vs. 2022
(Top 30 selling brands in CA)**

| Brand | % Change |
|-------|----------|
| Rivian | 142.7% |
| Buick | 57.3% |
| Infiniti | 34.7% |
| Honda | 33.4% |
| Audi | 31.5% |
| Acura | 27.5% |
| Tesla | 24.6% |
| Volvo | 22.5% |
| Lexus | 18.6% |
| Hyundai | 18.2% |
| Chevrolet | 17.3% |
| Porsche | 16.8% |
| Cadillac | 14.2% |
| Genesis | 13.2% |
| Land Rover | 12.2% |
| Mazda | 11.7% |
| BMW | 11.0% |
| GMC | 10.8% |
| Volkswagen | 10.7% |
| Ford | 7.3% |
| Nissan | 6.8% |
| Kia | 6.2% |
| MINI | 4.8% |
| Subaru | 3.3% |
| Toyota | 2.0% |
| Chrysler | 0.8% |
| Mercedes | -1.2% |
| Jeep | -6.7% |
| Ram | -12.4% |
| Dodge | -27.3% |



**California and U.S. Market Share - 2023
(Top 15 selling brands in CA)**

| Brand | State | U.S. |
|-------|-------|------|
| Toyota | 15.7% | 12.6% |
| Tesla | 13.0% | 4.2% |
| Honda | 9.7% | 7.5% |
| Ford | 7.7% | 11.8% |
| Chevrolet | 6.7% | 11.2% |
| Kia | 4.7% | 5.2% |
| Hyundai | 4.2% | 5.1% |
| Mercedes | 3.9% | 2.1% |
| Nissan | 3.8% | 5.5% |
| Subaru | 3.6% | 4.1% |
| BMW | 3.6% | 2.3% |
| Lexus | 3.2% | 2.0% |
| Jeep | 2.3% | 4.1% |
| Audi | 2.2% | 1.5% |
| Mazda | 2.1% | 2.3% |

Market Share



**Registrations increased by more than 22 percent for Rivian, Buick, Infiniti, Honda, Audi, Acura, Tesla, and Volvo.**



**Toyota, Tesla, Honda, Ford, and Chevrolet were market share leaders in California last year.**

**BRAND REGISTRATIONS**

## Detailed Results for All Brands in California Market

| California New Car and Light Truck Registrations | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fourth Quarter | | | | | | Annual Totals | | | | |
| | Registrations | | | Market Share (%) | | | Registrations | | | Market Share (%) | | |
| | 4Q '22 | 4Q '23 | % Change | 4Q '22 | 4Q '23 | Change | 2022 | 2023 | % Change | 2022 | 2023 | Change |
| TOTAL | 402,111 | 426,150 | 6.0 | | | | 1,586,413 | 1,775,915 | 11.9 | | | |
| Acura | 2,925 | 3,477 | 18.9 | 0.7 | 0.8 | 0.1 | 11,958 | 15,252 | 27.5 | 0.8 | 0.9 | 0.1 |
| Alfa Romeo | 614 | 302 | -50.8 | 0.2 | 0.1 | -0.1 | 2,042 | 1,260 | -38.3 | 0.1 | 0.1 | 0.0 |
| Audi | 7,512 | 9,632 | 28.2 | 1.9 | 2.3 | 0.4 | 29,707 | 39,073 | 31.5 | 1.9 | 2.2 | 0.3 |
| BMW | 15,092 | 16,172 | 7.2 | 3.8 | 3.8 | 0.0 | 58,072 | 64,447 | 11.0 | 3.7 | 3.6 | -0.1 |
| Buick | 760 | 1,547 | 103.6 | 0.2 | 0.4 | 0.2 | 3,104 | 4,883 | 57.3 | 0.2 | 0.3 | 0.1 |
| Cadillac | 3,011 | 2,656 | -11.8 | 0.7 | 0.6 | -0.1 | 10,213 | 11,661 | 14.2 | 0.6 | 0.7 | 0.1 |
| Chevrolet | 28,113 | 26,392 | -6.1 | 7.0 | 6.2 | -0.8 | 101,427 | 118,952 | 17.3 | 6.4 | 6.7 | 0.3 |
| Chrysler | 1,372 | 1,435 | 4.6 | 0.3 | 0.3 | 0.0 | 6,711 | 6,765 | 0.8 | 0.4 | 0.4 | 0.0 |
| Dodge | 4,233 | 2,773 | -34.5 | 1.1 | 0.7 | -0.4 | 17,392 | 12,646 | -27.3 | 1.1 | 0.7 | -0.4 |
| Ford | 30,976 | 32,311 | 4.3 | 7.7 | 7.6 | -0.1 | 127,976 | 137,350 | 7.3 | 8.1 | 7.7 | -0.4 |
| Genesis | 2,082 | 1,976 | -5.1 | 0.5 | 0.5 | 0.0 | 7,174 | 8,118 | 13.2 | 0.5 | 0.5 | 0.0 |
| GMC | 8,189 | 8,280 | 1.1 | 2.0 | 1.9 | -0.1 | 31,034 | 34,392 | 10.8 | 2.0 | 1.9 | -0.1 |
| Honda | 33,578 | 43,642 | 30.0 | 8.4 | 10.2 | 1.8 | 129,580 | 172,834 | 33.4 | 8.2 | 9.7 | 1.5 |
| Hyundai | 16,296 | 17,552 | 7.7 | 4.1 | 4.1 | 0.0 | 63,183 | 74,713 | 18.2 | 4.0 | 4.2 | 0.2 |
| Infiniti | 955 | 1,955 | 104.7 | 0.2 | 0.5 | 0.3 | 4,468 | 6,018 | 34.7 | 0.3 | 0.3 | 0.0 |
| Jaguar | 334 | 399 | 19.5 | 0.1 | 0.1 | 0.0 | 1,407 | 1,331 | -5.4 | 0.1 | 0.1 | 0.0 |
| Jeep | 9,244 | 8,693 | -6.0 | 2.3 | 2.0 | -0.3 | 43,948 | 40,991 | -6.7 | 2.8 | 2.3 | -0.5 |
| Kia | 19,493 | 18,041 | -7.4 | 4.8 | 4.2 | -0.6 | 78,600 | 83,512 | 6.2 | 5.0 | 4.7 | -0.3 |
| Land Rover | 2,866 | 2,592 | -9.6 | 0.7 | 0.6 | -0.1 | 10,075 | 11,306 | 12.2 | 0.6 | 0.6 | 0.0 |
| Lexus | 11,081 | 15,904 | 43.5 | 2.8 | 3.7 | 0.9 | 47,826 | 56,706 | 18.6 | 3.0 | 3.2 | 0.2 |
| Lincoln | 975 | 1,006 | 3.2 | 0.2 | 0.2 | 0.0 | 3,881 | 4,079 | 5.1 | 0.2 | 0.2 | 0.0 |
| Maserati | 216 | 288 | 33.3 | 0.1 | 0.1 | 0.0 | 1,097 | 1,003 | -8.6 | 0.1 | 0.1 | 0.0 |
| Mazda | 8,651 | 8,747 | 1.1 | 2.2 | 2.1 | -0.1 | 33,066 | 36,922 | 11.7 | 2.1 | 2.1 | 0.0 |
| Mercedes | 16,889 | 15,772 | -6.6 | 4.2 | 3.7 | -0.5 | 69,522 | 68,684 | -1.2 | 4.4 | 3.9 | -0.5 |
| MINI | 1,293 | 1,581 | 22.3 | 0.3 | 0.4 | 0.1 | 4,926 | 5,161 | 4.8 | 0.3 | 0.3 | 0.0 |
| Mitsubishi | 702 | 721 | 2.7 | 0.2 | 0.2 | 0.0 | 3,608 | 3,528 | -2.2 | 0.2 | 0.2 | 0.0 |
| Nissan | 13,938 | 14,567 | 4.5 | 3.5 | 3.4 | -0.1 | 62,717 | 66,982 | 6.8 | 4.0 | 3.8 | -0.2 |
| Polestar | 945 | 327 | -65.4 | 0.2 | 0.1 | -0.1 | 3,002 | 3,127 | 4.2 | 0.2 | 0.2 | 0.0 |
| Porsche | 3,296 | 3,909 | 18.6 | 0.8 | 0.9 | 0.1 | 14,469 | 16,899 | 16.8 | 0.9 | 1.0 | 0.1 |
| Ram | 6,744 | 6,803 | 0.9 | 1.7 | 1.6 | -0.1 | 32,431 | 28,406 | -12.4 | 2.0 | 1.6 | -0.4 |
| Rivian | 1,807 | 3,600 | 99.2 | 0.4 | 0.8 | 0.4 | 4,242 | 10,297 | 142.7 | 0.3 | 0.6 | 0.3 |
| Subaru | 15,277 | 15,397 | 0.8 | 3.8 | 3.6 | -0.2 | 62,740 | 64,808 | 3.3 | 4.0 | 3.6 | -0.4 |
| Tesla | 52,782 | 47,592 | -9.8 | 13.1 | 11.2 | -1.9 | 185,090 | 230,589 | 24.6 | 11.7 | 13.0 | 1.3 |
| Toyota | 68,216 | 75,264 | 10.3 | 17.0 | 17.7 | 0.7 | 273,013 | 278,345 | 2.0 | 17.2 | 15.7 | -1.5 |
| Volkswagen | 7,796 | 9,581 | 22.9 | 1.9 | 2.2 | 0.3 | 31,792 | 35,197 | 10.7 | 2.0 | 2.0 | 0.0 |
| Volvo | 2,800 | 3,125 | 11.6 | 0.7 | 0.7 | 0.0 | 11,056 | 13,544 | 22.5 | 0.7 | 0.8 | 0.1 |
| Other | 1,058 | 2,139 | 102.2 | 0.3 | 0.5 | 0.1 | 3,864 | 6,134 | 58.7 | 0.2 | 0.3 | 0.1 |
| Data sourced from Experian Automotive. | | | | | | | | | | | |

The table above shows new light vehicle (car and light truck) registrations in California. Figures are shown for the Fourth Quarters of 2022 and 2023, and annual totals. Vehicle registrations are recorded based on when the vehicle title information is processed by the state, which typically occurs after the vehicle is sold. The top ten ranked brands in each category are shaded yellow. Historical figures have been updated since the previous release.

**California Auto Outlook**

Published by: Auto Outlook, Inc., PO Box 390 Exton, PA 19341  Phone 610-640-1233  Email: jfoltz@autooutlook.com

Any material quoted must be attributed to California Auto Outlook, published by Auto Outlook, Inc. on behalf of the California New Car Dealers Association. Data source must also be shown as "Data sourced from Experian Automotive." **Please contact CNCDA with any questions or comments regarding the publication.** Copyright: Auto Outlook, Inc. January 2024.

At Auto Outlook, we strive to provide sound and accurate analyses and forecasts based upon the data available to us.  However, our forecasts are derived from third-party data and contain a number of assumptions made by Auto Outlook and its management, including, without limitation, the accuracy of the data compiled.  As a result, Auto Outlook can make no representation or warranty with respect to the accuracy or completeness of the data we provide or the forecasts or projections that we make based upon such data.   Auto Outlook expressly disclaims any such warranties, and undue reliance should not be placed on any such data, forecasts, projections, or predictions. Auto Outlook undertakes no obligation to update or revise any predictions or forecasts, whether as a result of any new data, the occurrence of future events, or otherwise.

VEHICLE AND BRAND SEGMENTS

## Japanese Brand Market Share in California Exceeds U.S. Levels



**Market Share by Type of Vehicle**

Combining the blue and orange sections in the graph above corresponds to the standard industry definition of light trucks. Small crossovers are broken out, however, since many are more similar to compact hatchbacks than to many trucks. Light truck share (excluding small CUVs) was **44.5%** last year, below the **57.4%** share in the U.S.

Data sourced from Experian Automotive.



**Domestic, European, Japanese, & Korean Brand Share**

Japanese brand market share in the state was higher than U.S. levels: **39.5%** vs. **35.9%**. State Domestic brand share (which includes Tesla and Rivian) was **36.3%** in 2023. European brands accounted for a higher share of the state market last year than in the Nation.

Data sourced from Experian Automotive.

REGIONAL MARKETS IN CALIFORNIA

## Northern California New Retail Market Posted Larger Increase in 2023
### San Francisco Bay Market Increased by 13.8 percent

| New Retail Light Vehicle Registrations (excluding fleets) Annual Totals | | | |
|---|---|---|---|
| North and South California | 2022 | 2023 | % chg. |
| Statewide Total | 1,440,375 | 1,573,798 | 9.3% |
| Cars | 458,398 | 486,370 | 6.1% |
| Light Trucks | 981,977 | 1,087,428 | 10.7% |
| Northern California | 494,015 | 544,060 | 10.1% |
| Cars | 147,454 | 156,911 | 6.4% |
| Light Trucks | 346,561 | 387,149 | 11.7% |
| Southern California | 946,360 | 1,029,738 | 8.8% |
| Cars | 310,944 | 329,459 | 6.0% |
| Light Trucks | 635,416 | 700,279 | 10.2% |
| Selected Regional Markets | | | |
| San Francisco Bay | 268,581 | 305,771 | 13.8% |
| Cars | 85,092 | 92,639 | 8.9% |
| Light Trucks | 183,489 | 213,132 | 16.2% |
| LA and Orange Counties | 536,123 | 593,028 | 10.6% |
| Cars | 183,430 | 195,605 | 6.6% |
| Light Trucks | 352,693 | 397,423 | 12.7% |
| San Diego County | 131,913 | 142,808 | 8.3% |
| Cars | 38,339 | 40,652 | 6.0% |
| Light Trucks | 93,574 | 102,156 | 9.2% |

Data sourced from Experian Automotive.

**Percent Change in New Retail Registrations - 2023 vs. 2022**



**Northern California**
Cars UP 6.4%
Light trucks UP 11.7%
BEV share: 25.6%

**Southern California**
Cars UP 6.0%
Light trucks UP 10.2%
BEV share: 21.3%

**CALIFORNIA USED VEHICLE MARKET**

# California Used Vehicle Market Declined in 2023



**Percent Change in New and Used Vehicle Registrations 2023 vs. 2022**

- New vehicles: 11.9%
- All used vehicles: -3.2%
- 3-year-old or newer used vehicles: -2.7%
- 4- to 6-year-old used vehicles: -8.1%
- 7- to 10-year-old used vehicles: -0.9%

Data sourced from Experian Automotive.

## THREE KEY TRENDS IN USED VEHICLE MARKET

**01.** The California used vehicle market declined 3.2 percent from 2022 to 2023, compared to the 11.9 percent increase in new vehicle registrations.

**02.** California used light vehicle market is expected to be flat in 2024 as tight supplies continue to hold back sales.

**03.** As shown on the graph to the left, the 7- to 10-year-old market held up relatively well last year, with registrations declining by less than 1 percent. The 4-to -6-year-old market fell by 8.1 percent.

**TOP SELLING MODELS IN USED VEHICLE MARKET**

# Honda Civic is Top Seller in Used Vehicle Market

The two graphs below show the top 15 selling models in California for two age classifications: vehicles 4-years-old or newer, and 5- to 8-year-old vehicles. Honda Civic was the leader in both categories.



**Top 15 Selling Models for Vehicles 4-Years-Old or Newer 2023**

| Model | Registrations |
|---|---|
| Honda Civic | 29967 |
| Toyota Camry | 25969 |
| Toyota Corolla | 24808 |
| Honda Accord | 21693 |
| Toyota RAV4 | 20171 |
| Toyota Tacoma | 18202 |
| Tesla Model 3 | 17638 |
| Ram Pickup | 17247 |
| Ford F-Series | 16906 |
| Chevrolet Silverado | 16662 |
| Honda CR-V | 12857 |
| Nissan Altima | 10705 |
| Nissan Sentra | 9278 |
| Mazda CX5 | 9271 |
| Toyota Highlander | 8780 |

**Top 15 Selling Models for 5- to 8-Year-Old Vehicles 2023**

| Model | Registrations |
|---|---|
| Honda Civic | 28270 |
| Honda Accord | 23488 |
| Ford F-Series | 18152 |
| Toyota Corolla | 17199 |
| Toyota Camry | 17127 |
| Toyota Prius | 16554 |
| Chevrolet Silverado | 16323 |
| Nissan Altima | 13488 |
| Nissan Sentra | 11742 |
| Toyota Tacoma | 11662 |
| Ram Pickup | 11485 |
| Toyota RAV4 | 11138 |
| Honda CR-V | 9508 |
| Ford Fusion | 9464 |
| Hyundai Elantra | 9071 |

Data sourced from Experian Automotive.

# California Auto Outlook™

**Comprehensive Information on the California Vehicle Market**

Volume 21, Number 1
Released January, 2025                    Covering Fourth Quarter 2024

Publication Sponsored By:

CNCDA
California New Car Dealers Association

## California New Light Vehicle Registrations Predicted to Increase Slightly in 2025



**ANNUAL TRENDS**



**California Annual New Light Vehicle Registrations - 2010 thru 2025**

New vehicle regs. (millions)

| Year | Value |
|------|-------|
| '10 | 1.08 |
| '11 | 1.19 |
| '12 | 1.49 |
| '13 | 1.66 |
| '14 | 1.78 |
| '15 | 1.99 |
| '16 | 2.03 |
| '17 | 2.03 |
| '18 | 1.99 |
| '19 | 1.89 |
| '20 | 1.60 |
| '21 | 1.77 |
| '22 | 1.58 |
| '23 | 1.76 |
| '24 | 1.76 |
| '25* | 1.80 |

Historical Data sourced from Experian Automotive. *2025 forecast by Auto Outlook.
Historical figures have been updated since the previous release.

State new light vehicle registrations are predicted to reach 1.8 million units in 2025, an increase of 2.3 percent from 2024.

Potential changes in policies during 2025 (i.e, tax cuts, increase in tariffs, and reductions in labor force due to deportations) introduce elevated uncertainty to the outlook for new vehicle sales. Collectively, these policy initiatives could add to inflation, reversing recent improvements in affordability. Despite these potential negatives, a strong labor market and pent-up demand accumulated during five years of below average sales should lead to improving sales in 2025.

**TWO YEAR PERSPECTIVE**



### California and U.S New Light Vehicle Registrations 2023 and 2024

| | California | | | U.S. | | |
|---|---|---|---|---|---|---|
| | 2023 | 2024 | Change | 2023 | 2024 | Change |
| **Registrations** | | | | | | |
| TOTAL | 1,764,767 | 1,759,141 | -0.3% | 14,981,634 | 15,497,633 | 3.4% |
| Car | 539,900 | 480,892 | -10.9% | 3,067,527 | 2,918,221 | -4.9% |
| Light Truck | 1,224,867 | 1,278,249 | 4.4% | 11,914,107 | 12,579,412 | 5.6% |
| Domestic | 639,434 | 588,110 | -8.0% | 6,465,537 | 6,476,432 | 0.2% |
| European | 261,882 | 261,353 | -0.2% | 1,520,750 | 1,591,127 | 4.6% |
| Japanese | 698,196 | 734,804 | 5.2% | 5,385,197 | 5,771,132 | 7.2% |
| Korean | 165,255 | 174,874 | 5.8% | 1,610,150 | 1,658,942 | 3.0% |
| **Market Share** | | | | | | |
| Car | 30.6 | 27.3 | -3.3 | 20.5 | 18.8 | -1.7 |
| Light Truck | 69.4 | 72.7 | 3.3 | 79.5 | 81.2 | 1.7 |
| Domestic | 36.2 | 33.4 | -2.8 | 43.2 | 41.8 | -1.4 |
| European | 14.8 | 14.9 | 0.1 | 10.2 | 10.3 | 0.1 |
| Japanese | 39.7 | 41.8 | 2.1 | 35.9 | 37.2 | 1.3 |
| Korean | 9.4 | 9.9 | 0.5 | 10.7 | 10.7 | 0.0 |

New light vehicle registrations in California declined a slim 0.3 percent from 2023 to 2024. The U.S. market improved by 3.4 percent last year.

All of the decrease in the state market last year was attributable to Tesla, which had an 11.6 percent decline. Registrations for all other brands increased 1.4 percent.

Light trucks gained market share in both the state and U.S. markets.

Data sourced from Experian Automotive.

**QUARTERLY RESULTS**

 

### California Quarterly New Light Vehicle Registrations Percent Change vs. Year Earlier

% change vs. year earlier

| Period | Change |
|--------|--------|
| 3Q '23 vs. 3Q '22 | 19.8% |
| 4Q '23 vs. 4Q '22 | 5.0% |
| 1Q '24 vs. 1Q '23 | 0.1% |
| 2Q '24 vs. 2Q '23 | -2.2% |
| 3Q '24 vs. 3Q '23 | -3.7% |
| 4Q '24 vs. 4Q '23 | 4.8% |

Data sourced from Experian Automotive.

New vehicle registrations in California increased 4.8 percent in the fourth quarter of 2024 versus year earlier. The market declined in the second and third quarters of last year.

The market should be flat in the first quarter of this year, with a small increase possible.

*California Auto Outlook*

# Vehicle Powertrain Dashboard 

## Electric and Hybrid Vehicle Market Share

### Annual



ZEV market share was **22.0%** in 2024, up from **21.7%** in 2023.

### Quarterly



ZEV market share declined from **23.7%** in Q3 '24 to **21.3%** in Q4.

| Annual Registrations and Market Share | | | | |
|---|---|---|---|---|
| | 2020 | 2021 | 2022 | 2023 | 2024 |
| ZEV registrations | 93066 | 164592 | 262440 | 382670 | 387368 |
| ZEV share | 5.8% | 9.3% | 16.6% | 21.7% | 22.0% |
| Hybrid regs. (excl. plug ins) | 97536 | 160076 | 144427 | 196283 | 259133 |
| Hybrid share (excl. plug ins) | 6.1% | 9.1% | 9.1% | 11.1% | 14.7% |
| PHEV regs. | 29083 | 54280 | 42479 | 59506 | 60800 |
| PHEV share | 1.8% | 3.1% | 2.7% | 3.4% | 3.5% |

| Quarterly Registrations and Market Share | | | | |
|---|---|---|---|---|
| | 4Q '23 | 1Q '24 | 2Q '24 | 3Q '24 | 4Q '24 |
| ZEV registrations | 89745 | 89868 | 101338 | 101888 | 94274 |
| ZEV share | 21.3% | 21.0% | 22.0% | 23.7% | 21.3% |
| Hybrid regs. (excl. plug ins) | 56211 | 56054 | 61781 | 64319 | 76979 |
| Hybrid share (excl. plug ins) | 13.3% | 13.1% | 13.4% | 15.0% | 17.4% |
| PHEV regs. | 15064 | 15698 | 14936 | 14721 | 15445 |
| PHEV share | 3.6% | 3.7% | 3.2% | 3.4% | 3.5% |

Data sourced from Experian Automotive. ZEVs are full battery electric vehicles and include fuel cell vehicles. PHEVs are plug in hybrids. Hybrid vehicle registrations and market share excludes mild hybrids.

## Market Share for all Powertrain Types - 2024



❏ Gasoline powered vehicles accounted for 57.5 percent of state new vehicle registrations last year.

❏ ICE market share (including gasoline and diesel vehicles) was 59.8 percent in 2024, down from 71.6 percent in 2022 and 88.4 percent in 2018.

❏ Combined share for BEVs, PHEVs, hybrids, and fuel cell vehicles was 40.2 percent last year, up from just 11.6 percent in 2018.

Data sourced from Experian Automotive.

## California and U.S. Markets



**22.0%**
California
ZEV market share
2024



**8.0%**
U.S.
ZEV market share
2024



**31.1%**
California share of
U.S. ZEV registrations
2024

Data sourced from Experian Automotive. BEVs are full battery electric vehicles.

California Auto Outlook

## Vehicle Powertrain Dashboard



### Make and Model Registrations for ZEVs and PHEVs in California

| California New Zero Emission Vehicle Registrations by Make 2023 and 2024 Annual Totals | | | | | | |
|---|---|---|---|---|---|---|
| | Registrations | | | Market Share (%) | | |
| | 2023 | 2024 | % Change | 2023 | 2024 | Change |
| TOTAL | 382,670 | 387,368 | 1.2 | | | |
| Acura | 0 | 1,118 | | 0.0 | 0.3 | 0.3 |
| Audi | 8,250 | 10,161 | 23.2 | 2.2 | 2.6 | 0.4 |
| BMW | 14,465 | 18,664 | 29.0 | 3.8 | 4.8 | 1.0 |
| Cadillac | 1,319 | 5,235 | 296.9 | 0.3 | 1.4 | 1.1 |
| Chevrolet | 19,145 | 14,553 | -24.0 | 5.0 | 3.8 | -1.2 |
| Ford | 16,070 | 17,317 | 7.8 | 4.2 | 4.5 | 0.3 |
| Genesis | 1,534 | 1,759 | 14.7 | 0.4 | 0.5 | 0.1 |
| GMC | 228 | 2,725 | 1095.2 | 0.1 | 0.7 | 0.6 |
| Honda | 0 | 7,006 | | 0.0 | 1.8 | 1.8 |
| Hyundai | 16,956 | 22,718 | 34.0 | 4.4 | 5.9 | 1.5 |
| Jaguar | 174 | 2,843 | 1533.9 | 0.0 | 0.7 | 0.7 |
| Kia | 8,008 | 13,943 | 74.1 | 2.1 | 3.6 | 1.5 |
| Lexus | 1,842 | 4,088 | 121.9 | 0.5 | 1.1 | 0.6 |
| Mazda | 87 | 8 | -90.8 | 0.0 | 0.0 | 0.0 |
| Mercedes | 15,724 | 17,369 | 10.5 | 4.1 | 4.5 | 0.4 |
| MINI | 864 | 871 | 0.8 | 0.2 | 0.2 | 0.0 |
| Nissan | 4,627 | 5,865 | 26.8 | 1.2 | 1.5 | 0.3 |
| Other | 3,624 | 6,627 | 82.9 | 0.9 | 1.7 | 0.8 |
| Polestar | 3,122 | 1,957 | -37.3 | 0.8 | 0.5 | -0.3 |
| Porsche | 2,358 | 2,254 | -4.4 | 0.6 | 0.6 | 0.0 |
| Ram | 0 | 4 | | 0.0 | 0.0 | 0.0 |
| Rivian | 10,277 | 12,020 | 17.0 | 2.7 | 3.1 | 0.4 |
| Subaru | 2,009 | 2,632 | 31.0 | 0.5 | 0.7 | 0.2 |
| Tesla | 230,010 | 203,221 | -11.6 | 60.1 | 52.5 | -7.6 |
| Toyota | 6,720 | 5,953 | -11.4 | 1.8 | 1.5 | -0.3 |
| Volkswagen | 12,259 | 5,440 | -55.6 | 3.2 | 1.4 | -1.8 |
| Volvo | 2,998 | 1,017 | -66.1 | 0.8 | 0.3 | -0.5 |

**Top 25 Selling BEV and PHEV Models - 2024**

| Rank | Model | Type | Regs. |
|---|---|---|---|
| 1 | Tesla Model Y | BEV | 128,923 |
| 2 | Tesla Model 3 | BEV | 53,056 |
| 3 | Hyundai Ioniq 5 | BEV | 16,879 |
| 4 | Ford Mustang Mach-E | BEV | 10,874 |
| 5 | Toyota RAV4 | PHEV | 9,474 |
| 6 | Tesla Cybertruck | BEV | 9,019 |
| 7 | Rivian R1S | BEV | 8,721 |
| 8 | Tesla Model X | BEV | 8,585 |
| 9 | BMW i4 | BEV | 8,396 |
| 10 | Jeep Wrangler | PHEV | 7,978 |
| 11 | Honda Prologue | BEV | 6,955 |
| 12 | BMW iX | BEV | 6,027 |
| 13 | Ford F-Series Lightning | BEV | 5,590 |
| 14 | Kia EV6 | BEV | 5,564 |
| 15 | Toyota bZ4X | BEV | 5,495 |
| 16 | Volkswagen ID.4 | BEV | 5,396 |
| 17 | Cadillac Lyriq | BEV | 5,235 |
| 18 | Mercedes EQE SUV | BEV | 5,167 |
| 19 | Kia EV9 | BEV | 4,924 |
| 20 | Mercedes EQB | BEV | 4,841 |
| 21 | Nissan Ariya | BEV | 4,638 |
| 22 | Chevrolet Equinox | BEV | 4,448 |
| 23 | Hyundai Ioniq 6 | BEV | 4,272 |
| 24 | Lexus RZ | BEV | 4,088 |
| 25 | Chevrolet Bolt | BEV | 4,032 |

**ZEVs are full battery electric vehicles (BEVs) and fuel cell vehicles. PHEVs are plug in hybrids.** Data sourced from Experian Automotive.

### ZEV Registrations as a % of Total Registrations in California



CARB ACC2 mandate for 2028 model year vehicles: 51%

CARB ACC2 mandate for 2027 model year vehicles: 43%

CARB ACC2 mandate for 2026 model year vehicles: 35%

| 1Q '23 | 2Q '23 | 3Q '23 | 4Q '23 | 1Q '24 | 2Q '24 | 3Q '24 | 4Q '24 |
|---|---|---|---|---|---|---|---|
| 20.7% | 22.0% | 22.7% | 21.3% | 21.0% | 22.0% | 23.7% | 21.3% |

Data sourced from Experian Automotive.

❑ The graph on the left shows new ZEV registrations in California as a percent of industry along with CARB ACC2 mandates for 2026, 2027, and 2028 model year vehicles.

❑ ZEVs accounted for **21.3 percent** of industry registrations in the fourth quarter of 2024, significantly below the upcoming CARB ACC2 mandated level of **35 percent** for 2026 model year vehicles.

❑ 4Q '24 BEV market share would need to increase by **13.7** share points to meet the CARB mandated level of **35 percent** for 2026 model year vehicles, representing a **64 percent** increase in BEV registrations.

*The California Air Resources Board's 2035 ZEV rule (also known as Advanced Clean Cars II) starts with the 2026 model year. The rule's ZEV stringency requirement starts at 35% and increases steadily each year, culminating with 100% in 2035*

**MODEL RANKINGS**

## Tesla Model Y is Best-Selling Light Truck in California New Vehicle Market; Camry is Car Leader

The table below shows the top five selling models in 2024 in 18 segments. In addition to unit registrations, it also shows each model's market share in its respective segment.



**BEST SELLERS IN PRIMARY SEGMENTS**

| | |
|---|---|
| Small Cars: Honda Civic | Full Size Pickup: Chevrolet Silverado |
| Mid-Size and Large Cars: Toyota Camry | Compact SUV: Toyota RAV4 |
| Near Luxury Cars: Tesla Model 3 | 2 Row Mid-Size SUV: Subaru Outback |
| Comp./Mid Size Pickup: Toyota Tacoma | Luxury Mid-Size SUV: Lexus RX |

### Top Selling Models in Each Segment - New Retail Light Vehicle Registrations (2024 Annual Total)

| Small Cars | Regs. | Share | Mid Size and Large Cars | Regs. | Share | Sports/Pony Cars | Regs. | Share | Near Luxury Cars | Regs. | Share |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honda Civic | 53049 | 29.6 | Toyota Camry | 55027 | 42.7 | Ford Mustang | 5334 | 36.9 | Tesla Model 3 | 53056 | 45.9 |
| Toyota Corolla | 38578 | 21.6 | Honda Accord | 33317 | 25.8 | Dodge Challenger | 2871 | 19.9 | Lexus ES | 10106 | 8.8 |
| Kia K4/Forte | 16836 | 9.4 | Nissan Altima | 9917 | 7.7 | Toyota 86 | 2550 | 17.6 | BMW i4 | 8396 | 7.3 |
| Nissan Sentra | 15752 | 8.8 | Chevrolet Malibu | 6697 | 5.2 | Mazda MX5 | 1370 | 9.5 | Mercedes C-Class | 7560 | 6.5 |
| Hyundai Elantra | 13017 | 7.3 | Hyundai Sonata | 6108 | 4.7 | Chevrolet Camaro | 750 | 5.2 | BMW 3-Series | 6140 | 5.3 |

| Luxury and High End Sports Cars | Regs. | Share | Compact/Mid Size Pickup | Regs. | Share | Full Size Pickup | Regs. | Share | Mini Van | Regs. | Share |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tesla Model S | 3638 | 8.5 | Toyota Tacoma | 29026 | 41.7 | Chevrolet Silverado | 37655 | 25.1 | Toyota Sienna | 9647 | 37.5 |
| Porsche 911 | 3017 | 7.0 | Ford Maverick | 13922 | 20.0 | Ford F-Series | 36546 | 24.4 | Honda Odyssey | 7243 | 28.1 |
| Chevrolet Corvette | 2935 | 6.8 | Chevrolet Colorado | 6299 | 9.1 | GMC Sierra | 20291 | 13.5 | Kia Carnival | 4491 | 17.4 |
| Mercedes E-Class | 2856 | 6.6 | Nissan Frontier | 5923 | 8.5 | Ram Pickup | 18272 | 12.2 | Chrysler Pacifica | 3856 | 15.0 |
| BMW i5 | 2815 | 6.6 | GMC Canyon | 3379 | 4.9 | Toyota Tundra | 16420 | 11.0 | Chrysler Voyager | 457 | 1.8 |

| Large Van | Regs. | Share | Subcompact SUV | Regs. | Share | Compact SUV | Regs. | Share | 2 Row Mid Size SUV | Regs. | Share |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ford Transit Connect | 10130 | 39.8 | Honda HR-V | 21952 | 18.6 | Toyota RAV4 | 65041 | 22.4 | Subaru Outback | 14060 | 17.7 |
| Mercedes Sprinter | 5986 | 23.5 | Subaru Crosstrek | 18348 | 15.5 | Honda CR-V | 49920 | 17.2 | Ford Mustang Mach-E | 10874 | 13.7 |
| Ram Promaster | 3941 | 15.5 | Toyota Corolla Cross | 13089 | 11.1 | Hyundai Ioniq 5 | 16879 | 5.8 | Toyota 4Runner | 9119 | 11.5 |
| Chevrolet Express | 1703 | 6.7 | Chevrolet Trax | 10770 | 9.1 | Hyundai Tucson | 14068 | 4.8 | Hyundai Santa Fe | 9083 | 11.5 |
| Ford E-Series | 1579 | 6.2 | Mazda CX-30 | 8338 | 7.1 | Nissan Rogue | 13877 | 4.8 | Honda Prologue | 6955 | 8.8 |

| 3 Row Mid Size SUV | Regs. | Share | Large SUV | Regs. | Share | Luxury Subcompact SUV | Regs. | Share | Luxury Compact SUV | Regs. | Share |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honda Pilot | 14743 | 13.5 | Ford Bronco | 8094 | 24.0 | Mercedes EQB | 4841 | 18.0 | Tesla Model Y | 128923 | 62.6 |
| Ford Explorer | 13348 | 12.2 | Chevrolet Tahoe | 6906 | 20.5 | Audi Q3 | 4378 | 16.3 | Lexus NX | 15568 | 7.6 |
| Toyota Highlander | 9912 | 9.1 | Chevrolet Suburban | 3291 | 9.8 | Audi Q4 E-Tron | 3803 | 14.2 | BMW X3 | 10722 | 5.2 |
| Kia Sorento | 8757 | 8.0 | Toyota Land Cruiser | 2821 | 8.4 | Volvo XC40 | 3316 | 12.4 | Mercedes GLC-Class | 9527 | 4.6 |
| Kia Telluride | 8639 | 7.9 | Ford Expedition | 2664 | 7.9 | BMW X1 | 3225 | 12.0 | Audi Q5 | 8246 | 4.0 |

| Luxury Mid Size SUV | Regs. | Share | Luxury Large SUV | Regs. | Share | Top Selling Passenger Cars | Regs. | Share | Top Selling Light Trucks | Regs. | Share |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lexus RX | 17925 | 16.6 | Rivian R1S | 8721 | 24.0 | Toyota Camry | 55027 | 11.4 | Tesla Model Y | 128923 | 10.1 |
| Mercedes GLE-Class | 8881 | 8.2 | Cadillac Escalade | 3944 | 10.9 | Tesla Model 3 | 53056 | 11.0 | Toyota RAV4 | 65041 | 5.1 |
| BMW X5 | 8702 | 8.1 | Lexus TX | 3902 | 10.8 | Honda Civic | 53049 | 11.0 | Honda CR-V | 49920 | 3.9 |
| Tesla Model X | 8587 | 8.0 | Land Rover Range Rover | 3897 | 10.7 | Toyota Corolla | 38578 | 8.0 | Chevrolet Silverado | 37655 | 2.9 |
| BMW iX | 6027 | 5.6 | Mercedes GLS-Class | 3711 | 10.2 | Honda Accord | 33317 | 6.9 | Ford F-Series | 36546 | 2.9 |

Data sourced from Experian Automotive. Figures for Prius include Prius Prime.

BRAND SUMMARY

## Registrations Increased by More Than 20 Percent for Four Brands; Toyota is Market Leader



**Percent Change in Brand Registrations**
**2024 vs. 2023**
**(Top 30 selling brands in CA)**

| Brand | % Change |
|---|---|
| Lincoln | 27.6% |
| Land Rover | 22.0% |
| Cadillac | 21.7% |
| Buick | 21.7% |
| Rivian | 17.0% |
| Lexus | 12.1% |
| Honda | 11.5% |
| Volvo | 9.6% |
| GMC | 8.0% |
| Hyundai | 8.0% |
| Mazda | 7.9% |
| Dodge | 6.9% |
| Toyota | 4.4% |
| Nissan | 3.9% |
| BMW | 2.4% |
| Kia | 2.1% |
| Porsche | 1.3% |
| Mercedes | 0.8% |
| Genesis | -3.9% |
| Ford | -3.9% |
| Subaru | -6.5% |
| Chevrolet | -8.4% |
| Volkswagen | -9.2% |
| Acura | -9.8% |
| Tesla | -11.6% |
| Audi | -13.2% |
| Ram | -21.5% |
| Infiniti | -22.6% |
| Jeep | -28.6% |
| Chrysler | -32.1% |



**California and U.S. Market Share - 2024**
**(Top 15 selling brands in CA)**

| Brand | State | U.S. |
|---|---|---|
| Toyota | 16.4% | 12.8% |
| Tesla | 11.6% | 3.9% |
| Honda | 10.9% | 8.1% |
| Ford | 7.4% | 11.8% |
| Chevrolet | 6.2% | 10.9% |
| Kia | 4.8% | 5.0% |
| Hyundai | 4.5% | 5.3% |
| Nissan | 3.9% | 5.5% |
| Mercedes | 3.9% | 2.0% |
| BMW | 3.7% | 2.3% |
| Lexus | 3.6% | 2.2% |
| Subaru | 3.4% | 4.2% |
| Mazda | 2.3% | 2.7% |
| GMC | 2.1% | 3.8% |
| Audi | 1.9% | 1.3% |

Market Share



**Registrations increased by more than 11 percent for Lincoln, Land Rover, Cadillac, Buick, Rivian, Lexus, and Honda.**



**Toyota, Tesla, Honda, Ford, and Chevrolet were market share leaders in California.**

Data sourced from Experian Automotive.

Covering Fourth Quarter 2024     Page 6

**BRAND REGISTRATIONS**

## Detailed Results for All Brands in California Market

| California New Car and Light Truck Registrations | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fourth Quarter | | | | | | Annual Totals | | | | |
| | Registrations | | | Market Share (%) | | | Registrations | | | Market Share (%) | | |
| | 4Q '23 | 4Q '24 | % Change | 4Q '23 | 4Q '24 | Change | 2023 | 2024 | % Change | 2023 | 2024 | Change |
| TOTAL | 421,337 | 441,734 | 4.8 | | | | 1,764,767 | 1,759,141 | -0.3 | | | |
| Acura | 3,423 | 3,683 | 7.6 | 0.8 | 0.8 | 0.0 | 15,141 | 13,661 | -9.8 | 0.9 | 0.8 | -0.1 |
| Alfa Romeo | 298 | 185 | -37.9 | 0.1 | 0.0 | -0.1 | 1,255 | 908 | -27.6 | 0.1 | 0.1 | 0.0 |
| Audi | 9,583 | 7,976 | -16.8 | 2.3 | 1.8 | -0.5 | 38,850 | 33,741 | -13.2 | 2.2 | 1.9 | -0.3 |
| BMW | 15,967 | 16,981 | 6.4 | 3.8 | 3.8 | 0.0 | 63,866 | 65,427 | 2.4 | 3.6 | 3.7 | 0.1 |
| Buick | 1,497 | 1,254 | -16.2 | 0.4 | 0.3 | -0.1 | 4,793 | 5,832 | 21.7 | 0.3 | 0.3 | 0.0 |
| Cadillac | 2,580 | 3,841 | 48.9 | 0.6 | 0.9 | 0.3 | 11,532 | 14,036 | 21.7 | 0.7 | 0.8 | 0.1 |
| Chevrolet | 26,076 | 29,130 | 11.7 | 6.2 | 6.6 | 0.4 | 118,167 | 108,258 | -8.4 | 6.7 | 6.2 | -0.5 |
| Chrysler | 1,442 | 1,016 | -29.5 | 0.3 | 0.2 | -0.1 | 6,784 | 4,608 | -32.1 | 0.4 | 0.3 | -0.1 |
| Dodge | 2,786 | 1,784 | -36.0 | 0.7 | 0.4 | -0.3 | 12,621 | 13,486 | 6.9 | 0.7 | 0.8 | 0.1 |
| Ford | 31,302 | 32,641 | 4.3 | 7.4 | 7.4 | 0.0 | 135,102 | 129,798 | -3.9 | 7.7 | 7.4 | -0.3 |
| Genesis | 1,848 | 2,080 | 12.6 | 0.4 | 0.5 | 0.1 | 7,916 | 7,611 | -3.9 | 0.4 | 0.4 | 0.0 |
| GMC | 8,088 | 10,208 | 26.2 | 1.9 | 2.3 | 0.4 | 33,878 | 36,601 | 8.0 | 1.9 | 2.1 | 0.2 |
| Honda | 43,457 | 48,889 | 12.5 | 10.3 | 11.1 | 0.8 | 172,375 | 192,166 | 11.5 | 9.8 | 10.9 | 1.1 |
| Hyundai | 17,320 | 21,280 | 22.9 | 4.1 | 4.8 | 0.7 | 74,113 | 80,024 | 8.0 | 4.2 | 4.5 | 0.3 |
| Infiniti | 1,881 | 1,069 | -43.2 | 0.4 | 0.2 | -0.2 | 5,933 | 4,595 | -22.6 | 0.3 | 0.3 | 0.0 |
| Jaguar | 397 | 1,063 | 167.8 | 0.1 | 0.2 | 0.1 | 1,323 | 4,042 | 205.5 | 0.1 | 0.2 | 0.1 |
| Jeep | 8,640 | 7,667 | -11.3 | 2.1 | 1.7 | -0.4 | 40,809 | 29,147 | -28.6 | 2.3 | 1.7 | -0.6 |
| Kia | 17,636 | 21,932 | 24.4 | 4.2 | 5.0 | 0.8 | 82,791 | 84,564 | 2.1 | 4.7 | 4.8 | 0.1 |
| Land Rover | 2,587 | 3,890 | 50.4 | 0.6 | 0.9 | 0.3 | 11,291 | 13,776 | 22.0 | 0.6 | 0.8 | 0.2 |
| Lexus | 15,714 | 14,671 | -6.6 | 3.7 | 3.3 | -0.4 | 56,154 | 62,971 | 12.1 | 3.2 | 3.6 | 0.4 |
| Lincoln | 961 | 1,251 | 30.2 | 0.2 | 0.3 | 0.1 | 3,966 | 5,059 | 27.6 | 0.2 | 0.3 | 0.1 |
| Maserati | 280 | 115 | -58.9 | 0.1 | 0.0 | -0.1 | 982 | 956 | -2.6 | 0.1 | 0.1 | 0.0 |
| Mazda | 8,706 | 10,010 | 15.0 | 2.1 | 2.3 | 0.2 | 36,804 | 39,705 | 7.9 | 2.1 | 2.3 | 0.2 |
| Mercedes | 15,562 | 19,361 | 24.4 | 3.7 | 4.4 | 0.7 | 68,269 | 68,837 | 0.8 | 3.9 | 3.9 | 0.0 |
| MINI | 1,558 | 1,143 | -26.6 | 0.4 | 0.3 | -0.1 | 5,057 | 4,102 | -18.9 | 0.3 | 0.2 | -0.1 |
| Mitsubishi | 721 | 751 | 4.2 | 0.2 | 0.2 | 0.0 | 3,524 | 2,926 | -17.0 | 0.2 | 0.2 | 0.0 |
| Nissan | 14,128 | 17,328 | 22.7 | 3.4 | 3.9 | 0.5 | 66,473 | 69,097 | 3.9 | 3.8 | 3.9 | 0.1 |
| Polestar | 327 | 198 | -39.4 | 0.1 | 0.0 | -0.1 | 3,125 | 1,957 | -37.4 | 0.2 | 0.1 | -0.1 |
| Porsche | 3,887 | 4,609 | 18.6 | 0.9 | 1.0 | 0.1 | 16,786 | 16,998 | 1.3 | 1.0 | 1.0 | 0.0 |
| Ram | 6,793 | 6,360 | -6.4 | 1.6 | 1.4 | -0.2 | 28,308 | 22,217 | -21.5 | 1.6 | 1.3 | -0.3 |
| Rivian | 3,594 | 2,972 | -17.3 | 0.9 | 0.7 | -0.2 | 10,277 | 12,020 | 17.0 | 0.6 | 0.7 | 0.1 |
| Subaru | 15,342 | 14,951 | -2.5 | 3.6 | 3.4 | -0.2 | 64,609 | 60,425 | -6.5 | 3.7 | 3.4 | -0.3 |
| Tesla | 47,364 | 43,658 | -7.8 | 11.2 | 9.9 | -1.3 | 230,011 | 203,223 | -11.6 | 13.0 | 11.6 | -1.4 |
| Toyota | 74,793 | 73,981 | -1.1 | 17.8 | 16.7 | -1.1 | 277,183 | 289,258 | 4.4 | 15.7 | 16.4 | 0.7 |
| Volkswagen | 9,557 | 7,075 | -26.0 | 2.3 | 1.6 | -0.7 | 35,095 | 31,872 | -9.2 | 2.0 | 1.8 | -0.2 |
| Volvo | 3,098 | 3,902 | 26.0 | 0.7 | 0.9 | 0.2 | 13,453 | 14,751 | 9.6 | 0.8 | 0.8 | 0.0 |
| Other | 2,144 | 2,829 | 31.9 | 0.5 | 0.6 | 0.1 | 6,151 | 10,486 | 70.5 | 0.3 | 0.6 | 0.3 |
| Data sourced from Experian Automotive. | | | | | | | | | | | |

The table above shows new light vehicle (car and light truck) registrations in California. Figures are shown for the Fourth Quarters of 2023 and 2024, and annual totals. Vehicle registrations are recorded based on when the vehicle title information is processed by the state, which typically occurs after the vehicle is sold. The top ten ranked brands in each category are shaded yellow. Historical figures have been updated since the previous release.

**California Auto Outlook**

Published by: Auto Outlook, Inc., PO Box 390 Exton, PA 19341  Phone 610-640-1233  Email: jfoltz@autooutlook.com

Any material quoted must be attributed to California Auto Outlook, published by Auto Outlook, Inc. on behalf of the California New Car Dealers Association. Data source must also be shown as "Data sourced from Experian Automotive." **Please contact CNCDA with any questions or comments regarding the publication.** Copyright: Auto Outlook, Inc. January, 2025.

At Auto Outlook, we strive to provide sound and accurate analyses and forecasts based upon the data available to us.  However, our forecasts are derived from third-party data and contain a number of assumptions made by Auto Outlook and its management, including, without limitation, the accuracy of the data compiled.  As a result, Auto Outlook can make no representation or warranty with respect to the accuracy or completeness of the data we provide or the forecasts or projections that we make based upon such data.   Auto Outlook expressly disclaims any such warranties, and undue reliance should not be placed on any such data, forecasts, projections, or predictions. Auto Outlook undertakes no obligation to update or revise any predictions or forecasts, whether as a result of any new data, the occurrence of future events, or otherwise.

**VEHICLE AND BRAND SEGMENTS**

## Passenger Car Market Share in California Exceeds U.S. Levels



Combining the blue and orange sections in the graph above corresponds to the standard industry definition of light trucks. Small crossovers are broken out, however, since many are more similar to compact hatchbacks than to many trucks. State light truck share (excluding small CUVs) was **45.8%** so far this year, below the **57.8%** share in the U.S.

Data sourced from Experian Automotive.



Japanese brand market share in the state was higher than U.S. levels: **41.8%** vs. **37.2%**. State Domestic brand share (which includes Tesla and Rivian) was **33.4%**. European brands accounted for a higher share of the state market than in the Nation.

Data sourced from Experian Automotive.

**REGIONAL MARKETS IN CALIFORNIA**

## Southern California New Retail Market Was Flat in 2024
### BEV share in Northern California exceeded 25 percent

| New Retail Light Vehicle Registrations (excluding fleets) Annual Totals | | | |
|---|---|---|---|
| North and South California | 2023 | 2024 | % chg. |
| Statewide Total | 1,570,947 | 1,557,979 | -0.8% |
| Cars | 485,650 | 431,983 | -11.1% |
| Light Trucks | 1,085,297 | 1,125,996 | 3.8% |
| Northern California | 542,827 | 528,919 | -2.6% |
| Cars | 156,599 | 136,854 | -12.6% |
| Light Trucks | 386,228 | 392,065 | 1.5% |
| Southern California | 1,028,120 | 1,029,060 | 0.1% |
| Cars | 329,051 | 295,129 | -10.3% |
| Light Trucks | 699,069 | 733,931 | 5.0% |
| Selected Regional Markets | | | |
| San Francisco Bay | 305,381 | 295,471 | -3.2% |
| Cars | 92,527 | 78,939 | -14.7% |
| Light Trucks | 212,854 | 216,532 | 1.7% |
| LA and Orange Counties | 592,501 | 593,810 | 0.2% |
| Cars | 195,481 | 174,824 | -10.6% |
| Light Trucks | 397,020 | 418,986 | 5.5% |
| San Diego County | 142,548 | 142,442 | -0.1% |
| Cars | 40,608 | 35,838 | -11.7% |
| Light Trucks | 101,940 | 106,604 | 4.6% |

Data sourced from Experian Automotive.

**Percent Change in New Retail Registrations - 2024 vs. 2023**



**CALIFORNIA USED VEHICLE MARKET**

# Three Year Old or Newer Used Vehicle Market Improved 6.3% in 2024



**Percent Change in New and Used Vehicle Registrations 2024 VS. 2023**

Data sourced from Experian Automotive.



**THREE KEY TRENDS IN USED VEHICLE MARKET**

**01.** The California used vehicle market declined by 0.2 percent from 2023 to 2024, almost identical to the 0.3 percent drop in the new vehicle market.

**02.** As shown on the graph to the left, the 3-year-old or newer market had the largest percentage gain last year. Registrations of 4- to 6-year-old vehicles fell 8.6 percent. Weak new vehicle sales in 2022 and falling lease penetration will result in tighter supplies of three year old vehicles in 2025.

**03.** Toyota and Honda were best sellers in the California used vehicle market (see graph below).

**USED VEHICLE BRAND MARKET SHARE**

# Toyota is Top Seller in California Used Vehicle Market

The graph below shows used light vehicle registrations by brand for two age categories: vehicles less than 4-years-old and vehicles 5- to 8-years-old. Brands are positioned from left to right based on overall market share.



**Brand Market Share for Top 15 Selling Brands, by Vehicle Age (2024)**

Data sourced from Experian Automotive.