EXHIBIT D

TESLA, INC.
Aengus H. Carr, Bar No. 240953
*aecarr@tesla.com*
3000 Hanover St.
Palo Alto, CA 94304
Telephone (650)-681-5000

Attorney for Defendants
Tesla, Inc. and Tesla Finance LLC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYREE HINTON, an individual, et al.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TESLA, INC., TESLA FINANCE LLC, and DOES 1 through 100, inclusive, et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-02877<br><br>**DECLARATION OF TIMOTHY KNOX IN SUPPORT OF NOTICE OF REMOVAL** |

DECL. OF

## DECLARATION OF TIMOTHY KNOX

I, Timothy Knox, hereby declare:

1. I am Manager of Credit Operations North America at Tesla, Inc. ("Tesla"), where I have been employed for over 11 years. Part of my job responsibilities include being familiar with the business operations of Tesla Finance LLC ("TF LLC"). I have personal knowledge of the following facts and if called to testify could and would testify competently thereto.

2. I have reviewed Plaintiff Nyree Hinton's complaint in this case, which alleges, among other things, that "upon information and belief" TF LLC "individually or collectively, through an integrated corporate structure (the details of which Plaintiff is presently unaware), market, sell and provide automobiles and associated products and services." (*See* Complaint, ¶ 12 and ¶¶ 13-14.) This is inaccurate as to TF LLC.

3. TF LLC is a captive finance entity with no employees. As the Complaint recognizes (Compl. ¶ 13), TF LLC's business purpose is to originate and service leases on new Tesla-brand vehicles and provide financing for new car purchases. TF LLC does currently not provide financing for used vehicle sales. TF LLC does not design, test, manufacture, market, service, repair or warrant vehicles of any kind.

4. Likewise, TF LLC does not "sell" vehicles to retail customers, with the exception that, subject to local laws, some leases include a lease-end purchase or buy-out option.

5. Plaintiff alleges purchasing a used 2020 Model Y from "IQAutos" in Marietta, Georgia on or about December 9, 2022. (Compl. ¶ 79.) TF LLC is not affiliated with IQAutos.

6. Tesla's records show a 2020 Model Y, VIN 5YJYGDEE1LF040216, as being owned by "Nyree Hinton", and which otherwise matches the descriptions of the vehicle in the allegations of Plaintiff's Complaint.

Assuming that is the correct vehicle, I can confirm that TF LLC was not involved in the purchase transaction that took place on or about December 9, 2022 between Plaintiff and IQAutos as alleged in paragraph 79 of the Complaint.

I declare under penalty of perjury under the laws of the United States of America that this Declaration is true and correct.

Executed on this 2nd day of April 2025 in Hayward, California.

By _____
Timothy Knox