**SINGLETON SCHREIBER, LLP**
CHRISTOPHER RODRIGUEZ, SB # 212274
crodriguez@singletonschreiber.com
ANDREW D. BLUTH, SB #232387
abluth@singletonschreiber.com
JOHN R. TERNIDEN, SB #330343
jterniden@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, California 95814
Telephone: (916) 248-8478
Facsimile: (916) 255-1515

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYREE HINTON, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TESLA, INC., TESLA FINANCE LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-02877(SSC)<br><br>**STIPULATION TO ALLOW PLAINTIFF TO AMEND THE COMPLAINT AND EXTEND DEFENDANTS TIME TO RESPOND**<br><br>**CLASS ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff Nyree Hinton ("Plaintiff") and Defendants Tesla Inc. and Tesla Finance LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, that:

WHEREAS, on February 10, 2025, Plaintiff filed his Complaint in the Superior Court for the State of California, County of Los Angeles;

WHEREAS, on March 4, 2025, Plaintiff served Defendants with the Complaint through their registered agents;

WHEREAS, Defendants removed the Complaint to this Court on April 3, 2025;

WHEREAS, on April 7, 2025, the Parties agreed to extend Defendants' deadline to respond to the Complaint until May 9, 2025 per Local Rule 8-3;

WHEREAS, the date for Defendants to respond to the Complaint has not yet elapsed;

WHEREAS, the Parties met and conferred on April 29, 2025 to discuss amendment of the Complaint and the informal exchange of limited discovery. The Parties also discussed arguments Defendants may raise in a motion to dismiss the operative Complaint, pursuant to the Judge Frimpong's Civil Standing Order, Section VIII.A. The Parties agreed that if this Stipulation is so ordered, they will further discuss the basis for any motion to dismiss that may be cured via amendment.

WHEREAS, because Plaintiff will not seek to remand this action to state court at this time, he seeks to amend his Complaint to include additional named plaintiffs and to address, where possible, issues identified by Defendants as a basis for a motion to dismiss;

WHEREAS, to ensure that Plaintiff has sufficient time to identify additional named plaintiffs and incorporate any necessary changes or additions to the allegations and/or claims as currently pled, the Parties agree that Plaintiff shall file

a First Amended Complaint on June 27, 2025;

WHEREAS, counsel for Defendants will be out of the country on a pre-planned vacation for seventeen (17) days from approximately June 28, 2025 through July 15, 2025, the Parties agree that Defendants shall file their response on August 8, 2025.

THEREFORE, pursuant to Local Rule 7-1, the Parties, by and through their respective counsel, hereby stipulate and agree that Plaintiff shall file a First Amended Complaint on June 27, 2025, and Defendants shall file their response on August 8, 2025.

Respectfully submitted,

| SINGLETON SCHREIBER | TESLA, INC. |
|---|---|
| /s/*Christopher Rodriguez*<br>Christopher Rodriguez<br>Andrew Bluth<br>John Ternieden<br>*Attorneys for Plaintiff*<br>*Nyree Hinton and the Proposed Class* | /s/ *Aengus H. Carr*<br>Aengus H. Carr<br>*Attorney for Defendants*<br>*Tesla, Inc. and Tesla Finance LLC* |

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Christopher Rodriguez, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5- 4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

By: */s/ Christopher Rodriguez*
Christopher Rodriguez