UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYREE HINTON, an individual,<br>　　　　　Plaintiff,<br>　　vs.<br>TESLA, INC., TESLA FINANCE LLC, et al.,<br>　　　　　Defendants. | Case No. 2:25-cv-02877(SSC)<br><br>**ORDER GRANTING STIPULATION TO ALLOW PLAINTIFF TO AMEND THE COMPLAINT AND EXTEND DEFENDANTS TIME TO RESPOND [ECF NO. 12]** |

On May 1, 2025, the parties filed a Stipulation to Allow Plaintiff to Amend the Complaint ("Stipulation"). The Parties stipulated that Plaintiff shall file a First Amended Complaint on June 27, 2025, and Defendants shall file their response on August 8, 2025.

The Court, having considered the Stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiff shall file its First Amended Complaint on June 27, 2025.
2. Defendants shall file their response on August 8, 2025.

Dated: May 12, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge