Case 2:25-cv-02877-MEMF-JC   Document 16   Filed 06/26/25   Page 1 of 3   Page ID #:202

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYREE HINTON, an individual, <br>                 Plaintiff, <br> vs. <br> TESLA, INC., TESLA FINANCE LLC, et al., <br>                 Defendants. | Case No. 2:25-cv-02877(SSC) <br><br> **ORDER ON STIPULATION TO EXTEND PLAINTIFF'S TIME TO AMEND THE COMPLAINT AND DEFENDANTS' TIME TO RESPOND** <br><br> **CLASS ACTION** |

On June 20, 2025, Plaintiff Nyree Hinton and Defendants Tesla, Inc., and Tesla Finance LLC filed a Stipulation to Extend Plaintiff's Time to Amend the Complaint and Defendants' Time to Respond ("Stipulation"). The Parties stipulated that Plaintiff shall file a First Amended Complaint on August 1, 2025 and Defendants shall file their response on September 5, 2025.

The Court, having considered the Stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiff shall file its First Amended Complaint on August 1, 2025.
2. Defendants shall file their response on September 5, 2025.

Dated: June 26, 2025

The Honorable Maame Ewusi-Mensah Frimpong
United States District Judge

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Christopher Rodriguez, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5- 4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

By: */s/ Christopher Rodriguez*