Skip to main content

 r/TeslaModel3 ✕    Search in r/TeslaModel3                     Log In    ⋯

 **r/TeslaModel3** · 1 yr. ago
Johnny_Quid2                                                         ⋯

## Odometer mileage wrong

I'm not completely sure If this was posted before or an issue was ever brought up, but I'm almost convinced the reading on the odometer is not accurate on my Tesla. I've had the car for 3 months and noticed that I'm already at 6 500km. I drive daily around 100km.

Once I started being suspicious I've been paying a bit more attention to it but not documenting everything yet.

I just went on a "road trip" which is 143km away from my place. I charged the car to 100% and left. As I was halfway though the trip looked and it said I've driven 300km since last charge, which is impossible.

Has anyone paid closer attention?

⬆ 0 ⬇        💬 12        ⬆ Share

 **u/__BlueStacks__** · Promoted                              ⋯



Chill with your squad and conquer quests. Play AFK Journey on PC with BlueStacks.

bluestacks.com                                          [ Play Now ]

╭─────────────────────────────────────────────────╮
│              + **Add a Comment**                │
╰─────────────────────────────────────────────────╯

Sort by:  Best ⌄      🔍 Search Comments

 **darknessownz** · 1y ago

100 km daily over the span of 90 days would be 9000 km.

⊖  ⬆ 6 ⬇    💬 Reply    ⬆ Share    ⋯

    **mrbeck1** · 1y ago

    Yeah and that's about 13 weeks, or 65 days if working 5 days a week, which is coincidentally exactly 6,500km.

    ⬆ 3 ⬇    💬 Reply    ⬆ Share    ⋯

    ⊕ 1 more reply

 **HengaHox** · 1y ago



Skip to main content   r/ModelY ✕   Search in r/ModelY   Log In   •••



**r/ModelY** • 1 yr. ago
crzy4vr

## Tesla odometer mileage vs actual miles discrepancy

Unofficial Report

Did anyone see a significant difference between how many miles Tesla drove vs actual miles?

For example, yesterday I drove around 90 miles on a trip. But when I check that on Google maps with all the places covered it's showing around 70 miles only. That is a significant difference (22%). Even if we include driving it off the garage or inside parking places, there is atleast 20% difference.

So if my odometer is showing I drove 20,000 miles, in reality I might have driven only 16,000 miles. If it's true, then it's a significant issue since it drives down the value of my car unnecessarily. Did anyone else observe this issue ?

Edit: I will try the highway miles to check this. But I'm positive that my theory will be false.

⬆ 40 ⬇     💬 104     ⬆ Share

**GE** **u/injuryfrombirth** • Promoted   •••

As a new parent, you've been busy learning all about your little one. Is your child showing developmental delays? It may be a sign of brain damage.

injuryfrombirth.com

Learn More

＋ **Add a Comment**

Sort by: Best ⌄     🔍 Search Comments



**FencingNerd** • 1y ago

Check it against highway mileage posts.

⬆ 11 ⬇   💬 Reply   ⬆ Share   •••

⊕ 8 more replies



**007meow** • 1y ago

Is your tire size set correctly?

Even then, that shouldn't lead to THAT big of a discrepancy.

 Skip to main content                                                    Log In

Yes, did not make any changes to the tires. I have the default tires for a lr AWD

⬆ 3 ⬇    💬 Reply    ⬆ Share    ...

 **Ok-Passion626** · 1y ago

When I put in an address in google maps it will initially show me the distance as the crow flies. When I put in directions it will then increase because of road travel.

For example I just googled ASU from my home. It shows 26 miles away but when I put directions it is 40 miles to drive there.

⊖    ⬆ 6 ⬇    💬 Reply    ⬆ Share    ...

 **crzy4vr** **OP** · 1y ago

That's true and I'm aware of it, but I checked after putting in directions and navigating, which should show the right metric. I'll probably do highway miles check, to confirm this assumption.

⬆ 2 ⬇    💬 Reply    ⬆ Share    ...

 **SUP3RVILLAINSR** · 1y ago

I've actually wondered about this. I've looked at my odometer reading and thought it may have been a bit higher than what was actually driven. Now I'm going to have to pay attention to it

⬆ 3 ⬇    💬 Reply    ⬆ Share    ...

⊕ 2 more replies

**Tadpole_Past** · 1mo ago

Just seeing this. My M3SR+ is doing this! I've had it for 5 months and do not use it as a daily driver, and somehow I have 7k miles more than when I bought it... I am looking into this. Did you find anything out since you posted this?

⬆ 3 ⬇    💬 Reply    ⬆ Share    ...

⊕ 3 more replies

**intheblacktrader** · 10mo ago

Skip to main content                     Log In

walking, 3 other cars and also GPS. All lined up except my teslas trip odometer from a zero reset. My car records 1 mile at 0.6 to 0.7 miles. It's as if the car is actually in kilometers even though everything says miles. I've reached out to tesla service a while back with no luck and a few days ago I messaged them again and a mobile service was scheduled but they changed that along with trying tell me about GPS is different than the cars calculation. 1 mile is 1 mile no matter what you use. If it's off then calibration to the instrument is needed. Ive even used the navigation in the tesla and it's accurate like my other vehicles but the odometer and trip odometer is off by a huge margin. My car should have 30-40% fewer miles.

⬆ 2 ⬇    💬 Reply    ⬆ Share    ⋯

⊕ 16 more replies

**Parking_Reserve_4701** · 4mo ago

Same issue here; I drove 7 miles, and Tesla's odometer showed 10 miles. I feel like their calculation is based on the battery charge, not the actual miles that someone drives.

⬆ 2 ⬇    💬 Reply    ⬆ Share    ⋯

**Former_Market271** · 2mo ago

OP, you started this thread a year ago did you ever check against the highway mileage posts as you said?

I've been very suspicious of the odometer reading in my 2021 Model Y. Seems very high for the amount of driving we actually do.

⬆ 2 ⬇    💬 Reply    ⬆ Share    ⋯

⊕ 1 more reply

## More posts you may like

 r/Ioniq5

Mileage discrepancy?



2 upvotes · 16 comments

 r/motorcycles

Mot mileage discrepancy

2 upvotes · 12 comments

 r/VisitingIceland

Skip to main content 

Log In

 r/Strava

Why don't my Apple Watch and Strava app agree?

3 upvotes · 10 comments

 r/COROLLA

Speedometer Recalibration

8 upvotes · 12 comments

 r/Model3

2019 LRAWD range question

3 upvotes · 12 comments

 r/TeslaModel3

Odometer mileage wrong

12 comments

r/scooters

Your odometer might be off

17 upvotes · 13 comments

r/Sparkdriver

Mileage for Taxes

2 upvotes · 24 comments

 r/fordfusion

How to prove battery degradation to dealership for 2017 Energi?

11 upvotes · 17 comments

r/TeslaLounge

Question about navigation/charging stops

1 upvote · 11 comments

**TOP POSTS**

 Reddit

reReddit: Top posts of January 8, 2023

  

Log In

 Reddit

**reReddit: Top posts of 2023**

Skip to main content     r/TeslaLounge  ✕   Search in r/TeslaLounge        Log In    •••

 **r/TeslaLounge** · 2 mo. ago
Nice-Put-2940                                                        •••

## Tesla total mileage not accurate?

Vehicles - General

Had my MY for 6 months and just realized my odometer seems off than what it should be. I was driving gas before and my commute is 80km per day, plus personal use, I put 35k on that car. Than I got my Tesla and also switch my job location, which my commute is only 20km per day, personal use should be roughly the same. I have only had my Tesla for 6 month and odometer is showing 19k, which would be 38k for a whole year, in fact that I am driving significantly less everyday. And I saw lots of posts on Reddit with the same issue, but it seems no solution yet. Anyone else experiencing the same problem?

⬆ 0 ⬇        💬 14        ⬆ Share

 **u/injuryfrombirth** · Promoted                        •••

Your legal advocate when your child is injured at birth. Click to learn more.

injuryfrombirth.com                                          Learn More

+ **Add a Comment**

Sort by: Best ⌄        🔍 Search Comments

 **Takaa** · 2mo ago

If you think it's not accurate then use a third party app like TeslaScope or TeslaFi that track your drives for you. Then you can match up the odometer to actual trips.

⊖  ⬆ 10 ⬇    💬 Reply    ⬆ Share    •••

  **Nice-Put-2940** OP · 2mo ago

  I will definitely try this

  ⬆ 0 ⬇    💬 Reply    ⬆ Share    •••

  **23sigma** · 2mo ago

  I think these two options just pull data from the car they do not independently measure mileage. If the car is wrong all TeslaFi would do is pull that wrong data.

  ⬆ 1 ⬇    💬 Reply    ⬆ Share    •••

  ⊕ 3 more replies

Skip to main content 

Log In

readings as well.

 6    Reply    Share    ···

**Nice-Put-2940** OP · 2mo ago

i didn't know this, I was during a truck before

1    Reply    Share    ···

 3 more replies

 **sinistergroupon** · 2mo ago

I saw a few posts about this. I had the same feeling when I got the car. However I would also be lying if I didn't say that I am finding a lot more excuses to take the car out to go anywhere and everywhere.

FWIW I did a mini experiment where I drove 48km round trip as outlined by Google GPS and tracked the odometer. Sure enough the odometer read 48km change.

 9    Reply    Share    ···

**supernova_000** · 2mo ago

Did you accidently change the wheel size in the vehicle settings?

 1    Reply    Share    ···

**Nice-Put-2940** OP · 2mo ago

nope, it's the original tire

 1    Reply    Share    ···

## More posts you may like

Related    Tesla    Robotics    Construction technology    Techno    >

 r/teslamotors

**FSD (Supervised) Tutorial Video**



148 upvotes · 72 comments

r/TeslaModelY

**MYLR mileage?**

26 comments

Tesla total mileage not accurate : r/TeslaLounge

Skip to main content 

Log In



729 upvotes · 330 comments

---

 r/TeslaModel3

**POV: Kyle from Out of Spec charges his Cybertruck next to your Model 3**



540 upvotes · 101 comments

---

 r/TeslaModel3

**Saw the new Model 3 Ludicrous in person**



497 upvotes · 187 comments

---

r/TeslaModel3

**I got a my Model 3 Performance yesterday!**



99 upvotes · 43 comments

---

r/doordash_drivers

**Dash Mileage?**

1 upvote · 2 comments

---

r/Rivian

**Is mileage on Rivians this inaccurate?**

45 comments

---

r/TeslaLounge

**FSD — from a passengers perspective**

161 upvotes · 102 comments

---

 r/VolvoXC90

**Bad gas mileage (What is realistic?)**



8 upvotes · 37 comments

---



Skip to main content

Log In

272 upvotes · 73 comments

r/TeslaModel3

**Snapped some more pics of the new Model 3 Ludicrous**

613 upvotes · 167 comments

r/Rivian

**Is my mileage normal?**

24 upvotes · 88 comments

r/rav4club

**Hybrid mileage way down after service?**

9 comments

r/TeslaModel3

**I had to take my model 3 to service for wind noise**

157 upvotes · 84 comments

r/TeslaLounge

**Interesting Discussion With Supercharger Tech**

138 upvotes · 44 comments

r/hondacivic

**2018 LX Civic poor gas mileage...?**

3 upvotes · 11 comments

r/TeslaModel3

**Joined the Model 3 Club** 🤙

445 upvotes · 56 comments

r/theydidthemath

**Mileage Slippage on my Car? [REQUEST]**

      

Log In

### THANK YOU TIM!!! 🫡
226 upvotes · 34 comments

---

r/TeslaLounge

### Video of Tesla's new V12 UI from Spring Update (2024.14)

180 upvotes · 68 comments

0:17

---

r/TeslaModelY

### 2 month MYP Battery Capacity Significantly Less?

19 comments

---

r/TeslaLounge

### It's a Tesla train!

100 upvotes · 14 comments

0:25

---

r/350z

### Gauge Cluster Mileage

1 upvote · 1 comment

---

r/TeslaModel3

### I am so very happy with this car

205 upvotes · 94 comments

Skip to main content     r/TeslaModel3 ⊗    Search in r/TeslaModel3    Log In    •••

r/TeslaModel3 · 4 mo. ago
Spiceshawtyyy

## Car counting mileage incorrectly ?

Took delivery of my 2023 M3 on the 12th of December, I love the car and everything about it. However, when I checked the mileage it seemed a bit higher than what I thought I'd driven. For context, I wfh and only really drive 20/30 miles a week for errands. I accounted for the extra miles driven for the holiday festivites etc and I've had to make a couple airport runs which are about 30 miles each way, but it still doesn't add up.

I also switched my insurance the day I took delivery and got progressive snapshot which tracks your miles and driving. When I compared my odometer to the mileage count in the snapshot app there is almost 50 mile difference. I expected maybe a few miles (>10) but not 50.

I put in a service request in the Tesla App and they gave me this message which doesn't make sense because a mile is a mile whether it's hot or cold or however I drive the car.

My concern is because I have a lease 10k/36 months, when I calculate my driving it's plenty of miles as my

Skip to main content                                                    Log In



Displayed range in your Tesla is adapted based on fixed EPA test data, not your personal driving patterns. It's natural for this to fluctuate slightly based on how the onboard computer calculates range.

Your Tesla's actual range depends on many factors, particularly your environment and personal driving habits. The best way to monitor your personal range is with the Energy app, located on your Tesla's touchscreen.

**Learn More**

**Did This Resolve Your Concern?**

Yes          No, Contact Us

⬆ 16 ⬇          💬 67          ⬆ Share

u/injuryfrombirth • Promoted                                        •••

Your legal advocate when your child is injured at birth. Click to learn more.

injuryfrombirth.com                                    Learn More

➕ Add a Comment

Skip to main content                                                              Log In

 **jamiehasaboner** · 4mo ago

So you think the onboard mileage in car systems are less accurate than your mobile phone and progressives snapshot.

In several months progressive will ask you to confirm your miles, because it's not accurate. I do the same with statefarm.

The mileage listed on the car is accurate, and I believe it's completely illegal for it not to be.

⊖  ⌃ 56 ⌄    💬 Reply    ↑ Share    ⋯

>  **Spiceshawtyyy** OP · 4mo ago
>
> I don't think on board is less accurate than my phone, I just don't think they should be that different. I forgot to include it in the original post but I tested the miles driven on a straight road against the GPS mileage and it was doubled each time.
>
> ⌃ 9 ⌄    💬 Reply    ↑ Share    ⋯
>
> ⊕ 10 more replies

>  **happy-cig** · 4mo ago
>
> Yah there should be an odometer in the systems submenu. Do a google trip from your house to another known location. This will show you how far it is, then drive the car and see if it matches tesla or progressive.
>
> ⌃ 4 ⌄    💬 Reply    ↑ Share    ⋯
>
> ⊕ 3 more replies

⊕ 4 more replies

**jbaugues** · 4mo ago

You do realize you and support are talking about two different things right?

Range does fluctuate based on driving style.

Mileage should be calculated correctly by your tesla.

⌃ 23 ⌄    💬 Reply    ↑ Share    ⋯

**Tellittomy6pac** · 4mo ago

Subbing to this for answers since I'm curious I don't know how they would manipulate it so the odometer mileage would go faster than actual miles traveled

⌃ 7 ⌄    💬 Reply    ↑ Share    ⋯

 **Spiceshawtyyy** OP · 4mo ago

Skip to main content

location on a straight road. I did this twice. The first, gps and the ICE car both calculated 1.5 miles, Tesla said 3 (I also reset the trip miles to 0 to be accurate). The second trip was 3 miles according to the ICE car and GPS said 3 as well, Tesla said 7.

This is a route I drive weekly, almost daily as it's just the way to get out of my neighborhood on to the main road, then on to the highway, so I know it's not 3 miles.

I will say, maybe Tesla didn't understand my service question and is referring to range in the app so I will try wording it another way to see if I get a different response.

⊖  ⬆ 8 ⬇   💬 Reply   ⬆ Share   ···

 **UffdaPrime** · 4mo ago

Did you happen to get pictures of the odometers of each car start and finish? This would really help to back up the account of your test.

⬆ 4 ⬇   💬 Reply   ⬆ Share   ···

⊕ 4 more replies

**[deleted]** · 4mo ago

They've sent you the wrong standard message and haven't understood your complaint. This is the message sent to people complaining they don't get the advertised range not questioning the accuracy of the odometer.

⬆ 4 ⬇   💬 Reply   ⬆ Share   ···

**Forward-Row-32** · 4mo ago

Currently 16k miles on my car and my work commute should only be about 12k, it's not hard to believe I put another 4k miles in less than 6 months but ima keep a closer look at the odometer mileages for the next few trips to see if it's accurate, my morning commute to the SC was 44miles and it was spot on I'll keep track of it for a week or so.

⬆ 4 ⬇   💬 Reply   ⬆ Share   ···

**scoobiemario** · 4mo ago

In service menu you can select wheel size. If this is of it would count mileage incorrectly. Check there first to make sure it has your actual wheel/tire size listed.

⬆ 12 ⬇   💬 Reply   ⬆ Share   ···

⊕ 4 more replies

## More posts you may like

Skip to main content

Log In

r/TeslaModel3

First EV 😱 👀



157 upvotes · 45 comments

r/TeslaModel3

I got a my Model 3 Performance yesterday!



99 upvotes · 43 comments

r/TeslaModel3

I had to take my model 3 to service for wind noise

157 upvotes · 84 comments

r/TeslaModel3

Going in style



221 upvotes · 40 comments

r/TeslaModel3

V4 superchargers 40 stall @the grand hotel in Mount laurel NJ



272 upvotes · 73 comments

r/TeslaModel3

It's a wrap!



224 upvotes · 47 comments

r/TeslaModel3

Joined the Model 3 Club 🤙



445 upvotes · 56 comments

Skip to main content

Log In

613 upvotes  ·  167 comments

r/TeslaModel3

POV: Kyle from Out of Spec charges his Cybertruck next to your Model 3

2

540 upvotes  ·  101 comments

r/TeslaModel3

What a beauty 😍

3

171 upvotes  ·  53 comments

r/TeslaModel3

What do I do? What happened?

0:11

275 upvotes  ·  185 comments

r/TeslaModel3

Saw the new Model 3 Ludicrous in person

4

497 upvotes  ·  187 comments

r/TeslaModel3

Paint bubbling all over

10

645 upvotes  ·  485 comments

r/TeslaModel3

Got it last week. Obsessed.

3

96 upvotes  ·  25 comments

Skip to main content

Log In

181 upvotes · 57 comments

r/TeslaModel3

**I am so very happy with this car**

205 upvotes · 94 comments

r/TeslaModel3

**Do people like this not know that Tesla has cars around the car? He had the window down so clearly he heard and just left without a note... have some integrity...**

242 upvotes · 112 comments

0:14

r/TeslaModel3

**Today was a great day :))**

203 upvotes · 105 comments

20

r/TeslaModel3

**Finally!!**

150 upvotes · 28 comments

3

r/TeslaModel3

**Finally got it! Absolutely in love**

185 upvotes · 58 comments

2

r/TeslaModel3

**Just got into this 2019 Long range, 15k miles on it. Paid $28k. How did I do?**

300 upvotes · 243 comments

4

r/TeslaModel3

**Gloss Green / Black Iridescent Wrap**

263 upvotes · 55 comments

7



164 upvotes · 146 comments

---

r/TeslaModel3

**Allow me to reintroduce myself!!!**

139 upvotes · 32 comments

---

r/TeslaModel3

**Can't stop taking pictures of it.**

159 upvotes · 77 comments



Skip to main content    r/TeslaModelY ✕    Search in r/TeslaModelY    Log In    •••

**r/TeslaModelY** • 6 mo. ago
bolang_ka

## Odometer mileage discrepancy

Bought my MY a month ago and I can't believe I've already driven 1400+ miles when my job is only 12 miles away. Today I went somewhere I know that is definitely 20 miles away and even the Tesla Nav displays 20 miles. I checked my odometer before I left and it's at 1,460. It displayed 1,485 when I arrived. That's an additional 5 miles or 20% more on the odometer than the actual distance driven. I'm aware of phantom braking but inflated odometer mileage? What the freak is going on Tesla?

⬆ 2 ⬇    💬 14    ↗ Share

u/BritBox • Promoted    •••

BritBox's new Original mystery "shines a whole new light on this Agatha Christie classic." (The Guardian)

 

ad.doubleclick.net    Watch Now

➕ **Add a Comment**

Sort by: Best ⌄    🔍 Search Comments



rooddog7 • 6mo ago

Are the right size rims selected in options?

⊖ ⬆ 6 ⬇    💬 Reply    ↗ Share    •••

**bolang_ka** OP • 6mo ago

Yes 19 Gemini

⬆ 1 ⬇    💬 Reply    ↗ Share    •••

**muffdivemcgruff** • 6mo ago

What options?

⬆ 1 ⬇    💬 Reply    ↗ Share    •••

⊕ 2 more replies

 Skip to main content

Log In

⊖ ⬆ 2 ⬇    💬 Reply    ⬆ Share    ⋯

 **Fayjaimike** · 6mo ago

Do you have the link? I'm having trouble finding it.. if not, can you include a TL;DR summary of the answer?

Was it the one where people were comparing the point to point milage rather than the actual road milage?

⬆ 1 ⬇    💬 Reply    ⬆ Share    ⋯

⊕ **2 more replies**

 **kjartanbj** · 6mo ago

Where did you check the mileage in the car or app?

⊖ ⬆ 0 ⬇    💬 Reply    ⬆ Share    ⋯

 **bolang_ka** **OP** · 6mo ago

In car, left lower corner of the screen, scroll to the left, you can see tire pressure, trip info and mileage. On the app, scroll all the way down on too of the VIN.

⬆ 1 ⬇    💬 Reply    ⬆ Share    ⋯

⊕ **2 more replies**

**[deleted]** · 6mo ago

Weirdo

 ⬆ 0 ⬇    💬 Reply    ⬆ Share    ⋯

## More posts you may like

Related    Tesla Model Y    Tesla    Electric vehicle    Tesla    Cars and Motor Veh    ❯

 r/VWiD4Owners

**Mileage discrepancy**

7 upvotes · 7 comments



r/3rdGen4Runner

**Odometer Trip Distance**

Skip to main content 

Log In

### First EV 😱 👀



157 upvotes · 45 comments

 r/CarTalkUK

### Mileage discrepancy



1 upvote · 2 comments

 r/Garmin

### HR discrepancy?



5 comments

 r/TeslaModel3

### It's a wrap!



224 upvotes · 47 comments

r/TeslaModel3

### V4 superchargers 40 stall @the grand hotel in Mount laurel NJ



272 upvotes · 73 comments

r/TeslaModel3

### What do I do? What happened?



275 upvotes · 185 comments

 r/UsedCars

### huge discrepancy in odometer reading vs what was on the sales contract

3 upvotes · 6 comments

r/askcarsales

### Carfax mileage inconsistency

Skip to main content                                                                                    Log In

## I got a my Model 3 Performance yesterday!

| 2 |

99 upvotes  ·  43 comments

---

r/hvacadvice

## Condenser Noise Discrepancy

1 upvote

---

r/TeslaModel3

## Snapped some more pics of the new Model 3 Ludicrous

| 11 |

613 upvotes  ·  167 comments

---

r/TeslaModel3

## POV: Kyle from Out of Spec charges his Cybertruck next to your Model 3

| 2 |

540 upvotes  ·  101 comments

---

r/TeslaModel3

## I had to take my model 3 to service for wind noise

157 upvotes  ·  84 comments

---

r/AppleWatch

## Distance discrepancy between watches

3 comments

---

r/TeslaModelY

## FINALLY A MODEL Y OWNER

| 4 |

447 upvotes  ·  103 comments

---

r/TeslaModel3

## Saw the new Model 3 Ludicrous in person

| 4 |

497 upvotes  ·  187 comments

---



Skip to main content    r/TeslaModelY    Search in r/TeslaModelY    Log In    ...

**r/TeslaModelY** · 4 mo. ago
KazuTomi

### ODOMETER readings seem awfully high.

Hi all,

I was getting a feeling this year that my annual mileage is higher than normal/expected. I normally drive between 7.5K to 10K miles per year.

I replaced my OEM 20" tires with Michelin Sport AS4's when I was at 25K (odometer) in May '23. It is now December '23, I am at 40K (odometer). I cannot understand how I could of driven 15k miles in **7 months**. I have read other posts of people complaining about high mileage on their odometers. I assume the community is aware. Has there been an consensus on this topic?

Read more ⌄

⬆ 2 ⬇    💬 19    ⬆ Share

---

+ Add a Comment

---

Sort by: Best ⌄    🔍 Search Comments



**thomasthegun** · 4mo ago

Use the mile markers on the side of the interstate highway on your road trip. There is usually one every half or qtr of a mile. Do a few short distance checks with what the highway is reading vs the odometer like 5 miles or so.

⬆ 8 ⬇    💬 Reply    ⬆ Share    ...

⊕ 1 more reply



**miataowner** · 4mo ago

I drive from our home outside of Memphis to the home of our family in Louisville about once a quarter. Its near-exactly 396 miles from driveway to driveway in my prior ICE car. In my Tesla, its 399.

That's because the other three miles is the round trip distance from I40 to the chargers at the Charlotte Pike Target.

⬆ 8 ⬇    💬 Reply    ⬆ Share    ...



Skip to main content

Log In

Also I think my Tesla gave me diabetes.

Ya'll wild on the conspiracy theories.

⊖  ⌃ 20 ⌄    💬 Reply    ⬆ Share    ⋯

**RonSeaFly** · 4mo ago

Sentry also made me really fat.

⌃ 7 ⌄    💬 Reply    ⬆ Share    ⋯

**AnotherAccount4This** · 4mo ago

Shit, now that you mention it, my sciatica has been flaring up since I took delivery.

...

What's sciatica anyway?

⌃ 2 ⌄    💬 Reply    ⬆ Share    ⋯

**Nulight** · 4mo ago

My tesla gave me lead food disease.

⌃ 1 ⌄    💬 Reply    ⬆ Share    ⋯

**thefuture131** · 4mo ago

Bought my model y a week ago with 18 miles on it. Have only driven it around 200 miles in 4 days according to google maps and Apple Maps. Some how my odometer is saying it's been driven 493 miles 🤴

⌃ 2 ⌄    💬 Reply    ⬆ Share    ⋯

**Ok_Sugar2501** · 4mo ago

I haven't heard of this. Now i think of it i feel i have a lot miles too. I've had my car 8 months and have put 18k mile on it.

⌃ 4 ⌄    💬 Reply    ⬆ Share    ⋯

**Greenjeeper2001** · 4mo ago

Driving to Portland should give you a 100mile continuous stretch on i5. I used this year's ago to determine my 10% larger tires only made my speedometer read 5.5% high.

If tesla is falsifying mileage that is grounds for a class action. I believe it was kawasaki got in trouble about 20 years ago because it pushes a car put of warranty sooner.

⌃ 1 ⌄    💬 Reply    ⬆ Share    ⋯

Skip to main content  Log In

day. That does seem high

⬆ 0 ⬇    💬 Reply    ⬆ Share    …

## More posts you may like

Related    Tesla Model Y    Tesla    Electric vehicle    Tesla    Cars and Motor Veh    ›

 r/BoltEV

Stupid question time - Winter Tires installed by dealership yesterday and they inflated them to only 32 PSI/220 KPA. Should I inflate them to the recommended 38 PSI/260 KPA?

5 upvotes · 12 comments

 r/TeslaModel3

FSD didn't see this coming

656 upvotes · 415 comments


0:25

 r/TeslaLounge

Got keyed (Model Y). Anybody have any idea on how much this will cost? All panels were keyed, VERY deep.

168 upvotes · 201 comments


0:32

 r/ModelY

Inaccurate odometer affecting car insurance premiums

20 comments

 r/Vespa

Broken odometer at x9,999.9km - anything else I can try?

3 upvotes

 r/Jeep

Jeep odometer discrepancy - resets to 5200 miles when battery is disconnected

7 upvotes · 3 comments

Skip to main content

Log In

0:30

729 upvotes · 330 comments

r/Denver

Xcel price question - digging into our budget and realized Xcel bill was very high last winter (close to $500 in Feb '23). It was less than $200 in Spring thru Fall, but worried about winter. Thoughts if these...

37 upvotes · 44 comments

r/TeslaModel3

What do I do? What happened?

0:11

275 upvotes · 185 comments

r/RCPlanes

SMC batteries specs look very suspicous, and the prices do even more. Is this real?

1 upvote · 24 comments

r/OctopusEnergy

Is my gas usage ridiculously wrong?

6 upvotes · 8 comments

r/TeslaModelY

FINALLY A MODEL Y OWNER

4

447 upvotes · 103 comments

r/TeslaModel3

Do people like this not know that Tesla has cars around the car? He had the window down so clearly he heard and just left without a note... have some integrity...

0:14

242 upvotes · 112 comments

r/CICO

There's simply no way my TDEE Calculator result is accurate.

5 upvotes · 27 comments

Skip to main content

Log In

274 upvotes · 129 comments

r/TeslaModelY

My beautiful 2024 Ultra Red Model Y Performance w/ White Interior

118 upvotes · 63 comments

r/ABraThatFits

[Measurement Check] Have been a 38C forever, but calculator suggesting 38M??

8 upvotes · 14 comments

r/TeslaModelY

Finally joined the club - MYP

97 upvotes · 13 comments

r/subaru

I own a 2017 Subaru Crosstrek 2.0i Limited. On a full tank of gas and city driving about 25mpg, the range is only 270 miles. It dropped to 260 at one point but hadn't budged from 270 for a few days. Th...

4 upvotes · 6 comments

r/TeslaModel3

It's a wrap!

224 upvotes · 47 comments

r/TeslaModelY

Swapped out the 255/40 Michelin PS4 EVs for 255/45 Hankook Ion Evos. Straight away noticed they're more comfortable and quieter. Fills the arch better too. Efficiency time wil...

106 upvotes · 65 comments

r/TeslaModelY

231 miles and gone!

175 upvotes · 132 comments

  

Log In

3

161 upvotes · 55 comments

r/TeslaModelY

**My (Pretty Bad) 3-Month MYP Experience**

93 upvotes · 64 comments

r/TeslaModel3

**Snapped some more pics of the new Model 3 Ludicrous**

11

613 upvotes · 167 comments

Skip to main content    ☰    Log In



 **EverydayPhilisophy** · 1y ago

I've experienced. Takes some time to update sometimes (once in a blue moon) I've noticed. Was stuck at 5,500 for a day or two, even after driving. Very weird.

⬆ 2 ⬇    💬 Reply    ↑ Share    ⋯

**TESLAMIZE** · 1y ago

Prolly not it, but did you happen to change the wheel selection on the menu?

⊖ ⬆ 1 ⬇    💬 Reply    ↑ Share    ⋯

**Johnny_Quid2** OP · 1y ago

I did but not the whee size or anything it stayed at aero v2, the only thing I changed was winter option

⬆ 1 ⬇    💬 Reply    ↑ Share    ⋯

**efraimbart** · 1y ago

The odometer and miles since your last charge are two different things. The miles since your last charge can have a big causing it not to reset as often as it should.

⬆ 1 ⬇    💬 Reply    ↑ Share    ⋯

 **Olive_386** · 1y ago

Time to visit a doctor

⬆ 1 ⬇    💬 Reply    ↑ Share    ⋯

 **gothskies** · 3mo ago

I have the same issue. I lease a 2021 Model 3 and chose 10k miles a year because I have never put more than 6k miles on a car in a year before.

However, I have the car until the end of this coming October, which will mark 3 years. As of today I'm at 42k miles and Tesla expects me to pay $0.25 per mile I'm over, even though I barely drive the car.

I also have a summer vehicle that I put 1-2k miles on each summer to help my odometer stay lower on the Tesla, but still it is far too high.

I haven't ever driven a car as little as I do my Tesla, yet its clocking more miles than I've ever put on a car?

⬆ 1 ⬇    💬 Reply    ↑ Share    ⋯

⊕ 1 more reply

Skip to main content 

Log In

⬆ 1 ⬇    💬 Reply    ⬆ Share    •••

## More posts you may like

Related    Tesla    Tesla Model 3    Electric vehicle    Tesla    Cars and Motor Veh   ›

 r/TeslaModel3

**New look at the UI V12 ( visual update)**



190 upvotes · 89 comments

 r/TeslaModel3

**You would think with all the crossings in the US, Tesla vision could recognize a train...**



199 upvotes · 101 comments

 r/TeslaModel3

**Video of Tesla's new V12 UI autopilot from Spring Update (2024.14)**



127 upvotes · 50 comments

 r/TeslaModel3

**Another smart summon crash**



522 upvotes · 301 comments

 r/TeslaModel3

**Running Man behind me**



261 upvotes · 54 comments

r/BMW

**mileage changed from 200k km to this. I've tried toggling the settings but no luck. Any help pleasee**



2 upvotes · 22 comments

Skip to main content

Log In

2

157 upvotes · 45 comments

r/HRV

**Poor gas mileage**

8 upvotes · 33 comments

r/ElantraN

**BREAK IN MILEAGE QUESTION**

5 upvotes · 16 comments

r/TeslaModel3

**I got a my Model 3 Performance yesterday!**

2

99 upvotes · 43 comments

r/TeslaModel3

**What do I do? What happened?**

0:11

275 upvotes · 185 comments

r/CarTalkUK

**Wrong mileage recorded on last years' MOT. 28k -> 35k -> 180k -> 48k DVLA won't correct it.**

12 upvotes · 4 comments

r/Strava

**Greatly exaggerated PRs?**

32 upvotes · 13 comments

r/TeslaModel3

**I had to take my model 3 to service for wind noise**

157 upvotes · 84 comments

Skip to main content

Log In

272 upvotes · 73 comments

r/TeslaModel3

**Going in style**

221 upvotes · 40 comments

r/TeslaModel3

**It's a wrap!**

224 upvotes · 47 comments

r/TeslaModel3

**Snapped some more pics of the new Model 3 Ludicrous**

613 upvotes · 167 comments

r/TeslaModel3

**POV: Kyle from Out of Spec charges his Cybertruck next to your Model 3**

540 upvotes · 101 comments

r/FordMaverickTruck

**To Mav owners getting 600+ miles on a tank**

14 upvotes · 33 comments

r/TeslaModel3

**What a beauty 😍**

171 upvotes · 53 comments

r/TeslaModel3

**Joined the Model 3 Club 🤙**

445 upvotes · 56 comments



🔍    

Log In

497 upvotes · 187 comments

r/TeslaModel3

**FSD didn't see this coming**

0:25

656 upvotes · 415 comments

r/TeslaModel3

**Do people like this not know that Tesla has cars around the car? He had the window down so clearly he heard and just left without a note... have some integrity...**

0:14

242 upvotes · 112 comments

## TOP POSTS

 Reddit

reReddit: Top posts of December 11, 2022

 Reddit

reReddit: Top posts of December 2022

 Reddit

reReddit: Top posts of 2022