# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYREE HINTON, an individual; and ANTHONY LEON, an individual; on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TESLA, INC., a Texas corporation,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-2877-MEMF (JC)<br><br>**ORDER GRANTING STIPULATION FOR A MODIFIED BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS [DKT NO. 26]**<br><br>**CLASS ACTION** |

　　　On September 23, 2025, Plaintiffs Nyree Hinton and Anthony Leon ("Plaintiffs"), and Defendant Tesla, Inc. ("Defendant") filed a Stipulation to modify the Court's default briefing schedule for Defendant's Motion to Dismiss ("Motion") pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

　　　The Court, having considered the Stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiffs shall file their Opposition to Defendant's Motion on November 6, 2025.
2. Defendant shall file any reply to the Opposition on November 20, 2025.

Dated: September 26, 2025

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge