UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-02877-MEMF-AYP | Date | February 19, 2026 |
| Title | Nyree Hinton v. Tesla, Inc. et al | Page | 1 of 1 |

Present: The Honorable **MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE**

| Jessica Cortes | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Christopher Ross Rodriguez | Aengus Hartley Carr |

**Proceedings: DEFENDANT'S MOTION TO DISMISS [22]**

The case is called, and counsel makes their appearance. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED.**